LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
moniquew@lerachlaw.com
aelishb@lerachlaw.com
        – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bennyg@lerachlaw.com

[Proposed] Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]                *E-FILED - 1/22/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LYNCH, Derivatively on Behalf of FINISAR CORPORATION,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JERRY S. RAWLS, et al.,<br><br>                    Defendants,<br><br>    – and –<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>                    Nominal Defendant. | No. C-06-07660-RMW<br><br>STIPULATION AND [] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | LYNN SHORT, Derivatively on Behalf of FINISAR CORPORATION, ) | No. C-06-07661-RMW |
| 2 | ) | |
| | Plaintiff, ) | |
| 3 | ) | |
| | vs. ) | |
| 4 | ) | |
| | JERRY S. RAWLS, et al., ) | |
| 5 | ) | |
| | Defendants, ) | |
| 6 | ) | |
| | – and – ) | |
| 7 | ) | |
| | FINISAR CORPORATION, a Delaware ) | |
| 8 | corporation, ) | |
| | ) | |
| 9 | Nominal Defendant. ) | |
| | ) | |
| 10 | CITY OF WORCESTER RETIREMENT ) | No. C-06-07848-RS |
| | SYSTEM, Derivatively on Behalf of Nominal ) | |
| 11 | Defendant FINISAR CORPORATION, ) | |
| | ) | |
| 12 | Plaintiff, ) | |
| | ) | |
| 13 | vs. ) | |
| | ) | |
| 14 | JERRY S. RAWLS, et al. ) | |
| | ) | |
| 15 | Defendants, ) | |
| | ) | |
| 16 | – and – ) | |
| | ) | |
| 17 | FINISAR CORPORATION, ) | |
| | ) | |
| 18 | Nominal Defendant. ) | |
| | ) | |

1  WHEREAS, the parties believe that the actions *Lynch v. Rawls, et al.*, C-06-07660-RS, filed
2  December 14, 2006, *Short v. Rawls, et al.*, C-06-07661-RMW, filed December 14, 2006, and *City of*
3  *Worcester[1] Retirement System v. Rawls, et al.*, C-06-07848-RS, filed December 22, 2006, all involve
4  substantially similar questions of law and fact;

5  WHEREAS, this Court has already related the *Lynch* and *City of Worcester* Actions in the
6  Related Case Order issued January 3, 2007;

7  WHEREAS, the parties believe the *Short* Action is a "related case" to the *Lynch and City of*
8  *Worcester* Actions under Northern District of California Civil Local Rule 3-12(a); and

9  WHEREAS, the parties believe that treatment of all three Actions as related would serve the
10 interests of judicial economy and avoid the potential for conflicting rulings.

11 IT IS HEREBY STIPULATED AND AGREED that *Lynch v. Rawls, et al.*, C-06-07660-RS,
12 *Short v. Rawls, et al.*, C-06-07661-RMW, and *City of Worcester Retirement System v. Rawls, et al.*,
13 C-06-07848-RS, should all three be deemed related.

14 IT IS SO STIPULATED.

DATED: January 11, 2007       LERACH COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                              SHAWN A. WILLIAMS
                              MONIQUE C. WINKLER
                              AELISH M. BAIG


                                        /s/
                              ─────────────────────────
                                  AELISH M. BAIG

                              100 Pine Street, Suite 2600
                              San Francisco, CA  94111
                              Telephone:  415/288-4545
                              415/288-4534 (fax)

                              LERACH COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                              TRAVIS E. DOWNS III
                              BENNY C. GOODMAN III
                              655 West Broadway, Suite 1900
                              San Diego, CA  92101

---

[1] Due to a typographical error, the initial complaint misspelled Worcester as Worchester.

STIPULATION AND [] ORDER REGARDING ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED - C-06-07660-RS                           - 1 -

Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Counsel for Plaintiffs Lynn Short and Robert Lynch and [Proposed] Co-Lead Counsel for Plaintiffs

DATED: January 11, 2007    SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE

/s/
MAYA SAXENA

5200 Town Center Circle, Suite 600
Boca Raton, FL 33486
Telephone: 954/701-3965
888/782-3081 (fax)

Counsel for Plaintiff City of Worcester Retirement System and [Proposed] Co-Lead Counsel for Plaintiffs

I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED. In compliance with General Order 45, X.B., I hereby attest that Maya Saxena has concurred in this filing.

DATED: January 11, 2007    DLA PIPER
DAVID A. PRIEBE

/s/
DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA 94303
Telephone: 650/833-2000
650/833-2001 (fax)

Attorneys for Defendants

1  I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED. In compliance with General Order 45, X.B., I hereby attest that David A. Priebe has concurred in this filing.

\*   \*   \*

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED: ___ 1/22/07 _____        *Ronald M. Whyte*
                                         _____
                                         THE HONORABLE RONALD M. WHYTE
                                         UNITED STATES DISTRICT JUDGE

T:\CasesSF\Finisar Deriv\stp00038107.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
AELISH M. BAIG

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: aelishb@lerachlaw.com

# Mailing Information for a Case 5:06-cv-07660-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Seth A. Safier**
  seth@gutridesafier.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)