LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
moniquew@lerachlaw.com
aelishb@lerachlaw.com
       – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bennyg@lerachlaw.com
mollyc@lerachlaw.com

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 247
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          ***E-FILED - 6/6/07***

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | ) Master File No. C-06-07660-RMW |
| | ) |
| | ) STIPULATION AND [] ORDER REVISING BRIEFING SCHEDULE FOR CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |
| | ) |

1  WHEREAS, further to the stipulation and order signed by all parties, and issued by this Court on January 22, 2007, plaintiffs' Consolidated Complaint in this action was timely filed on March 8, 2007 and defendants answer or responsive motion was due on April 23, 2007;

4  WHEREAS, Finisar is preparing a Form 10-K to report on the results of its investigation of options and effect, if any, on its financial statements;

6  WHEREAS, all parties agree that plaintiffs may amend the Consolidated Complaint; and

7  WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

9  THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

**SCHEDULE**

1. Plaintiffs shall have until no later than June 7, 2007 to file and serve a Consolidated Complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints.

2. Defendants shall answer or otherwise respond to the Consolidated Complaint no later than 45 days from the date of service. In the event that defendants file and serve any motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days after the service of the motion. If defendants file and serve a reply to plaintiffs' opposition, they will do so within 30 days after service of the opposition.

IT IS SO STIPULATED.

DATED:  May 10, 2007                LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    SHAWN A. WILLIAMS
                                    MONIQUE C. WINKLER
                                    AELISH M. BAIG


                                            /s/
                                    AELISH M. BAIG

                                    100 Pine Street, Suite 2600
                                    San Francisco, CA  94111
                                    Telephone:  415/288-4545
                                    415/288-4534 (fax)

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III |
| 4 | MARY LYNNE CALKINS<br>655 West Broadway, Suite 1900 |
| 5 | San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 6 | 619/231-7423 (fax) |
| 7 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 8 | THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510 |
| 9 | Los Angeles, CA 90210<br>Telephone: 310/859-3100 |
| 10 | 310/278-2148 (fax) |
| 11 | SAXENA WHITE P.A.<br>MAYA SAXENA |
| 12 | JOSEPH E. WHITE |
| 13 | /s/ |
| 14 | MAYA SAXENA |
| 15 | 2424 N. Federal Highway, Suite 247<br>Boca Raton, FL 33431 |
| 16 | Telephone: 561/394-3399<br>561/394-3382 (fax) |
| 17 | Co-Lead Counsel for Plaintiffs |

18  I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this

19  STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR

20  CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO. In compliance

21  with General Order 45, X.B., I hereby attest that Maya Saxena has concurred in this filing.

| | |
|---|---|
| 22 | GUTRIDE SAFIER LLP<br>ADAM J. GUTRIDE |
| 23 | SETH A. SAFIER |
| 24 | 835 Douglass Street<br>San Francisco, CA 94114 |
| 25 | Telephone: 415/271-6469<br>415/449-6469 (fax) |
| 26 | Additional Counsel for Plaintiffs |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | DATED: May 10, 2007 | DLA PIPER<br>DAVID A. PRIEBE |

                                                   /s/
                             DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA  94303
Telephone:  650/833-2000
650/833-2001 (fax)

Attorneys for Defendants

    I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO.  In compliance with General Order 45, X.B., I hereby attest that David A. Priebe has concurred in this filing.

DATED:  May 10, 2007                      THE HOYLE LAW FIRM
                                                     LAWRENCE F. HOYLE, JR.

                                                          /s/
                                                  LAWRENCE F. HOYLE, JR.

One South Broad Street, Suite 1500
Philadelphia, PA  19107-3418
Telephone:  215/981-5700
215/981-5959 (fax)

Attorneys for Defendant Richard Lieb

    I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO.  In compliance with General Order 45, X.B., I hereby attest that Lawrence F. Hoyle, Jr. has concurred in this filing.

\* \* \*

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED: ___6/6/07_____        *Ronald M. Whyte*
                                      _____
                                      THE HONORABLE RONALD M. WHYTE
                                      UNITED STATES DISTRICT JUDGE

T:\CasesSF\Finisar Deriv\STP00040977.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 10, 2007.

/s/
AELISH M. BAIG

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: aelishb@lerachlaw.com

# Mailing Information for a Case 5:06-cv-07660-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Alan R. Plutzik**
  aplutzik@bramsonplutzik.com

- **David Priebe**
  david.priebe@dlapiper.com stacy.murray@dlapiper.com

- **Darren J. Robbins**

- **Seth A. Safier**
  seth@gutridesafier.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniqu

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;tr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)