| | |
|---|---|
| COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS (213113)<br>MONIQUE C. WINKLER (213031)<br>AELISH M. BAIG (201279)<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>shawnw@csgrr.com<br>moniquew@csgrr.com<br>aelishb@csgrr.com<br>    – and –<br>TRAVIS E. DOWNS III (148274)<br>BENNY C. GOODMAN III (211302)<br>MARY LYNNE CALKINS (212171)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>travisd@csgrr.com<br>bennyg@csgrr.com<br>mollyc@csgrr.com | SAXENA WHITE P.A.<br>MAYA SAXENA<br>JOSEPH E. WHITE<br>2424 N. Federal Highway, Suite 257<br>Boca Raton, FL  33431<br>Telephone:  561/394-3399<br>561/394-3382 (fax)<br>msaxena@saxenawhite.com<br>jwhite@saxenawhite.com |

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

***E-FILED - 10/11/07***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. C-06-07660-RMW<br><br>STIPULATION AND [] ORDER REVISING BRIEFING SCHEDULE FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

1  WHEREAS, plaintiffs timely filed their First Amended Consolidated Verified Shareholder Derivative Complaint for Violation of the Federal Securities Laws and State Law Claims for Breach of Fiduciary Duty, Abuse of Control, Constructive Fraud, Corporate Waste, Unjust Enrichment, Gross Mismanagement, Action for an Accounting and Violations of California Corporations Code on July 12, 2007;

WHEREAS, defendants filed their motions to dismiss on August 28, 2007, and plaintiffs' oppositions to said motions to dismiss are currently due to be filed on October 12, 2007;

WHEREAS, the parties have agreed that plaintiffs may file their oppositions to defendants' motions to dismiss by October 18, 2007;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

**SCHEDULE**

Plaintiffs shall have until no later than October 18, 2007 to file and serve oppositions to defendants' motions to dismiss.  If defendants file and serve replies to plaintiffs' oppositions, they will do so within 30 days after service of the oppositions.

DATED:  October 8, 2007         COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
                                SHAWN A. WILLIAMS
                                MONIQUE C. WINKLER
                                AELISH M. BAIG


                                         /s/
                                    AELISH M. BAIG

                                100 Pine Street, Suite 2600
                                San Francisco, CA  94111
                                Telephone:  415/288-4545
                                415/288-4534 (fax)

STP & [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR PLTFS'
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS - C-06-07660-RMW          - 1 -

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)

Co-Lead Counsel for Plaintiffs

GUTRIDE SAFIER LLP
ADAM J. GUTRIDE
SETH A. SAFIER
835 Douglass Street
San Francisco, CA  94114
Telephone:  415/271-6469
415/449-6469 (fax)

Additional Counsel for Plaintiffs

DATED:  October 8, 2007

DLA PIPER
DAVID A. PRIEBE

                        /s/
            DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA  94303
Telephone:  650/833-2000
650/833-2001 (fax)

Attorneys for Defendants

| | | |
|---|---|---|
| 1 | DATED: October 8, 2007 | HOYLE, FICKLER, HERSCHEL & MATHES LLP |
| 2 | | LAWRENCE T. HOYLE, JR. |

/s/
LAWRENCE T. HOYLE, JR.

One South Broad Street, Suite 1500
Philadelphia, PA  19107-3418
Telephone:  215/981-5700
215/981-5959 (fax)

Attorneys for Defendant Richard Lieb

I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Revising Briefing Schedule For Plaintiffs' Opposition to Defendants' Motions to Dismiss.  In compliance with General Order 45, X.B., I hereby attest that David A. Priebe and Lawrence T. Hoyle, Jr. have concurred in this filing.

/s/
AELISH M. BAIG

\*     \*     \*

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED:  __10/11/07_____      *Ronald M. Whyte*
                                   THE HONORABLE RONALD M. WHYTE
                                   UNITED STATES DISTRICT JUDGE

T:\CasesSF\Finisar Deriv\S_O00046135_Revising Briefing Schedule.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 8, 2007.

                                          /s/
                                   AELISH M. BAIG

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: aelishb@csgrr.com

# Mailing Information for a Case 5:06-cv-07660-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com

- **Lawrence T. Hoyle , Jr**
  lhoyle@hoylelawfirm.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Seth Adam Safier**
  seth@gutridesafier.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to

select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101