| | |
|---|---|
| COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS (213113)<br>MONIQUE C. WINKLER (213031)<br>AELISH M. BAIG (201279)<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>shawnw@csgrr.com<br>moniquew@csgrr.com<br>aelishb@csgrr.com<br>    – and –<br>TRAVIS E. DOWNS III (148274)<br>BENNY C. GOODMAN III (211302)<br>MARY LYNNE CALKINS (212171)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>travisd@csgrr.com<br>bennyg@csgrr.com<br>mollyc@csgrr.com | SAXENA WHITE P.A.<br>MAYA SAXENA<br>JOSEPH E. WHITE<br>2424 N. Federal Highway, Suite 257<br>Boca Raton, FL 33431<br>Telephone: 561/394-3399<br>561/394-3382 (fax)<br>msaxena@saxenawhite.com<br>jwhite@saxenawhite.com |

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

\*E-FILED - 2/6/08\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. C-06-07660-RMW<br><br>STIPULATION AND [] ORDER REVISING BRIEFING SCHEDULE FOR SECOND AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO |

WHEREAS, further to this Court's Order Granting Defendants' Motions to Dismiss of January 11, 2008, plaintiffs' Second Amended Consolidated Complaint is due to be filed on January 31, 2008;

WHEREAS the parties have met and conferred and agreed to meet to discuss avenues of possible resolution of the action;

WHEREAS, the parties have met and conferred and agree that plaintiffs shall file a Second Amended Consolidated Complaint by no later than February 29, 2008; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record subject to approval of the court as follows:

1. Plaintiffs shall have until no later than February 29, 2008 to file and serve a Second Amended Consolidated Complaint which will supersede all existing complaints filed in these actions.

2. Defendants shall answer or otherwise respond to the Second Amended Consolidated Complaint no later than April 14, 2008.

3. In the event that defendants file and serve any motion directed at the Second Amended Consolidated Complaint, plaintiffs shall file and serve their opposition no later than May 29, 2008. Defendants shall file and serve their reply no later than June 30, 2008.

IT IS SO STIPULATED.

DATED: January 24, 2008	COUGHLIN STOIA GELLER
	  RUDMAN & ROBBINS LLP
	SHAWN A. WILLIAMS
	MONIQUE C. WINKLER
	AELISH M. BAIG

	          /s Aelish M. Baig
	AELISH M. BAIG

	100 Pine Street, Suite 2600
	San Francisco, CA 94111
	Telephone: 415/288-4545
	415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE

       /s Joseph E. White
       JOSEPH E. WHITE

2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: 561/394-3399
561/394-3382 (fax)

Co-Lead Counsel for Plaintiffs

I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR SECOND AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO. In compliance with General Order 45, X.B., I hereby attest that Joseph E. White has concurred in this filing.

GUTRIDE SAFIER LLP
ADAM J. GUTRIDE
SETH A. SAFIER
835 Douglass Street
San Francisco, CA 94114
Telephone: 415/271-6469
415/449-6469 (fax)

Additional Counsel for Plaintiffs

STIPULATION & [] ORDER REVISING BRIEFING SCHEDULE FOR SECOND
AMENDED CONSOLIDATED COMPLAINT & DEFENDANTS' RESPONSE - C-06-07660-RMW    - 2 -

| | | |
|---|---|---|
| 1 | DATED: January 22, 2008 | DLA PIPER<br>DAVID A. PRIEBE |
| 2 | | |
| 3 | | |
| 4 | |     /s David A. Priebe<br>DAVID A. PRIEBE |
| 5 | | 2000 University Avenue |
| 6 | | East Palo Alto, CA 94303<br>Telephone: 650/833-2000 |
| 7 | | 650/833-2001 (fax) |
| 8 | | Attorneys for Defendants |

9     I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this

10 STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR SECOND

11 AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO. In

12 compliance with General Order 45, X.B., I hereby attest that David A. Priebe has concurred in this

13 filing.

| | | |
|---|---|---|
| 14 | DATED: January 22, 2008 | THE HOYLE LAW FIRM<br>LAWRENCE F. HOYLE, JR. |
| 15 | | |
| 16 | | |
| 17 | |     /s Lawrence F. Hoyle, Jr.<br>LAWRENCE F. HOYLE, JR. |
| 18 | | One South Broad Street, Suite 1500 |
| 19 | | Philadelphia, PA 19107-3418<br>Telephone: 215/981-5700 |
| 20 | | 215/981-5959 (fax) |
| 21 | | Attorneys for Defendant Richard Lieb |

22     I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this

23 STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR SECOND

24 AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO. In

25 compliance with General Order 45, X.B., I hereby attest that Lawrence F. Hoyle, Jr. has concurred in

26 this filing.

27

28

\* \* \*

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation. Motion hearing is hereby reset to July 18, 2008 @ 9:00 am.

IT IS SO ORDERED.

DATED: 2/6/08

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Finisar Deriv\STP00048607.doc

STIPULATION & [] ORDER REVISING BRIEFING SCHEDULE FOR SECOND
AMENDED CONSOLIDATED COMPLAINT & DEFENDANTS' RESPONSE - C-06-07660-RMW   - 4 -

# CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 24, 2008.

                                                  /s Aelish M. Baig
                                                  AELISH M. BAIG

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: aelishb@csgrr.com

# Mailing Information for a Case 5:06-cv-07660-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Lawrence T. Hoyle , Jr**
  lhoyle@hoylelawfirm.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Seth Adam Safier**
  seth@gutridesafier.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
```

```
655 West Broadway
Suite 1900
San Diego, CA 92101
```