| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |    RUDMAN & ROBBINS LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | AELISH M. BAIG (201279) |
| 3 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 5 | shawnw@csgrr.com |
|   | aelishb@csgrr.com |
| 6 |     – and – |
|   | TRAVIS E. DOWNS III (148274) |
| 7 | BENNY C. GOODMAN III (211302) |
|   | MARY LYNNE CALKINS (212171) |
| 8 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA 92101 |
| 9 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |
| 10 | travisd@csgrr.com |
|    | bennyg@csgrr.com |
| 11 | mollyc@csgrr.com |

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: 561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | ) Master File No. C-06-07660-RMW ) |
| | ) STIPULATION AND [] ORDER |
| This Document Relates To: | ) REVISING BRIEFING SCHEDULE FOR ) SECOND AMENDED CONSOLIDATED |
| ALL ACTIONS. | ) COMPLAINT AND DEFENDANTS' ) RESPONSE THERETO ) |

| | |
|---|---|
| 1 | WHEREAS, further to this Court's Order Granting Defendants' Motions to Dismiss of January 11, 2008, plaintiffs' Second Amended Consolidated Complaint was due to be filed on January 31, 2008; |
| 4 | WHEREAS the parties have met and conferred and agreed to meet to discuss avenues of possible resolution of the action; |
| 6 | WHEREAS, the parties have entered into one prior stipulation continuing this filing by one month, from January 11, 2008 to February 29, 2008; |
| 8 | WHEREAS, the parties need additional time to discuss the avenues of resolution of this action and the parties have met and conferred and agree that plaintiffs shall file a Second Amended Consolidated Complaint by no later than April 4, 2008; and |
| 11 | WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party; |
| 13 | THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record subject to approval of the Court as follows: |
| 15 | 1. Plaintiffs shall have until no later than April 4, 2008 to file and serve a Second Amended Consolidated Complaint which will supersede all existing complaints filed in these actions; |
| 18 | 2. Defendants shall answer or otherwise respond to the Second Amended Consolidated Complaint no later than May 19, 2008; and |
| 20 | 3. In the event that defendants file and serve any motion directed at the Second Amended Consolidated Complaint, plaintiffs shall file and serve their opposition no later than July 2, 2008. |
| 23 | 4. Defendants shall file and serve their reply no later than August 1, 2008. |
| 24 | 5. Hearing on Motion shall be set for August 22, 2008 @ 9:00 a.m. |

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED: February 28, 2008 COUGHLIN STOIA GELLER |
| 3 | RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS |
| 4 | AELISH M. BAIG |

2  DATED: February 28, 2008                COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
3                                          SHAWN A. WILLIAMS
                                           AELISH M. BAIG

                                                   /s/
                                           AELISH M. BAIG

                                           100 Pine Street, Suite 2600
                                           San Francisco, CA 94111
                                           Telephone: 415/288-4545
                                           415/288-4534 (fax)

                                           COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                           TRAVIS E. DOWNS III
                                           BENNY C. GOODMAN III
                                           MARY LYNNE CALKINS
                                           655 West Broadway, Suite 1900
                                           San Diego, CA 92101
                                           Telephone: 619/231-1058
                                           619/231-7423 (fax)

                                           SAXENA WHITE P.A.
                                           MAYA SAXENA
                                           JOSEPH E. WHITE

                                                   /s/
                                           JOSEPH E. WHITE

                                           2424 N. Federal Highway, Suite 257
                                           Boca Raton, FL 33431
                                           Telephone: 561/394-3399
                                           561/394-3382 (fax)

                                           Co-Lead Counsel for Plaintiffs

STIP AND [ ORDER REVISING BRIEFING SCHEDULE FOR SECOND AMENDED
CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO - C-06-07660-RMW      - 2 -

| | |
|---|---|
| | GUTRIDE SAFIER LLP |
| | ADAM J. GUTRIDE |
| | SETH A. SAFIER |
| | |
| | _____/s/_____ |
| | ADAM J. GUTRIDE |
| | |
| | 835 Douglass Street |
| | San Francisco, CA 94114 |
| | Telephone: 415/271-6469 |
| | 415/449-6469 (fax) |
| | |
| | Additional Counsel for Plaintiffs |
| DATED: February 28, 2008 | DLA PIPER |
| | DAVID A. PRIEBE |
| | |
| | _____/s/_____ |
| | DAVID A. PRIEBE |
| | |
| | 2000 University Avenue |
| | East Palo Alto, CA 94303 |
| | Telephone: 650/833-2000 |
| | 650/833-2001 (fax) |
| | |
| | Attorneys for Defendants |
| DATED: February 28, 2008 | THE HOYLE LAW FIRM |
| | LAWRENCE F. HOYLE, JR. |
| | |
| | _____/s/_____ |
| | LAWRENCE F. HOYLE, JR. |
| | |
| | One South Broad Street, Suite 1500 |
| | Philadelphia, PA 19107-3418 |
| | Telephone: 215/981-5700 |
| | 215/981-5959 (fax) |
| | |
| | Attorneys for Defendant Richard Lieb |

I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR SECOND

STIP AND [] ORDER REVISING BRIEFING SCHEDULE FOR SECOND AMENDED
CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO - C-06-07660-RMW - 3 -

| | |
|---|---|
| 1 | AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO. In |
| 2 | compliance with General Order 45, X.B., I hereby attest that Joseph E. White, Adam J. Gutride, |
| 3 | David A. Priebe, and Lawrence F. Hoyle, Jr. have concurred in this filing. |

/s/
AELISH M. BAIG

\* \* \*

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED: 3/13/08

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Finisar Deriv\STP00049535.doc

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 28, 2008.

/s/
AELISH M. BAIG

COUGHLIN STOIA GELLER
　　RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:Aelishb@csgrr.com

# Mailing Information for a Case 5:06-cv-07660-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Lawrence T. Hoyle , Jr**
  lhoyle@hoylelawfirm.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Seth Adam Safier**
  seth@gutridesafier.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
```

```
655 West Broadway
Suite 1900
San Diego, CA 92101
```