COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
aelishb@csgrr.com
       – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bennyg@csgrr.com
mollyc@csgrr.com

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: 561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

***E-FILED - 5/14/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | Master File No. C-06-07660-RMW |
| This Document Relates To: | STIPULATION AND [] ORDER REVISING BRIEFING SCHEDULE FOR SECOND AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO |
| ALL ACTIONS. | |

1  WHEREAS, further to the Stipulation and Order signed by this Court on April 10, 2008,
2  plaintiffs' Second Amended Consolidated Complaint is due to be filed on May 6, 2008;

3  WHEREAS the parties have met and conferred and agreed to extend this deadline by four
4  days until Monday, May 12, 2008;

5  WHEREAS, the parties have entered into prior stipulations continuing this filing from
6  January 31, 2008 to May 6, 2008 to enable the parties to explore avenues of resolution of this action;

7  WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial
8  efficiency, and will not cause prejudice to any party;

9  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants,
10 through their respective counsel of record subject to approval of the Court as follows:

11  1.  Plaintiffs shall have until no later than May 12, 2008 to file and serve a Second
12 Amended Consolidated Complaint which will supersede all existing complaints filed in these
13 actions;

14  2.  Defendants shall answer or otherwise respond to the Second Amended Consolidated
15 Complaint no later than June 24, 2008; and

16  3.  In the event that defendants file and serve any motion directed at the Second
17 Amended Consolidated Complaint, plaintiffs shall file and serve their opposition no later than
18 August 7, 2008.

19  4.  Defendants shall file and serve their reply no later than September 8, 2008.

20  IT IS SO STIPULATED.

21 DATED: May 6, 2008                         COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
22                                              SHAWN A. WILLIAMS
                                                AELISH M. BAIG
23

24
                                                          /s/
25                                              ───────────────────────
                                                     AELISH M. BAIG

26                                              100 Pine Street, Suite 2600
                                                San Francisco, CA  94111
27                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
28

|   |   |   |
|---|---|---|
| | | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>MARY LYNNE CALKINS<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |
| DATED:  May 6, 2008 | | SAXENA WHITE P.A.<br>MAYA SAXENA<br>JOSEPH E. WHITE |

                                                                           /s/
                                              JOSEPH E. WHITE

2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)

Co-Lead Counsel for Plaintiffs

DATED:  May 6, 2008                    DLA PIPER
                                                DAVID A. PRIEBE

                                                                          /s/
                                              DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA  94303
Telephone:  650/833-2000
650/833-2001 (fax)

Attorneys for Defendants

     I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR SECOND AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO. In

STIP AND [] ORDER REVISING BRIEFING SCHEDULE FOR SECOND AMENDED
CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO - C-06-07660-RMW    - 2 -

compliance with General Order 45, X.B., I hereby attest that Joseph E. White, and David A. Priebe have concurred in this filing.

/s/
AELISH M. BAIG

\*   \*   \*

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED: ___5/14/08_____     *Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Finisar Deriv\STP00051127_SAC.doc

STIP AND [] ORDER REVISING BRIEFING SCHEDULE FOR SECOND AMENDED
CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO - C-06-07660-RMW   - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2008.

/s/
AELISH M. BAIG

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:Aelishb@csgrr.com

# Mailing Information for a Case 5:06-cv-07660-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Lawrence T. Hoyle , Jr**
  lhoyle@hoylelawfirm.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Seth Adam Safier**
  seth@gutridesafier.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101