*E-FILED - 6/3/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | ) ) ) Master File No. C-06-07660-RMW |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) [] ORDER GRANTING LEAD ) PLAINTIFFS' UNOPPOSED MOTION ) PURSUANT TO FEDERAL RULE OF ) CIVIL PROCEDURE 15(d) TO ) SUPPLEMENT PLAINTIFFS' SECOND ) AMENDED CONSOLIDATED VERIFIED ) SHAREHOLDER DERIVATIVE COMPLAINT |

1    Having considered Lead Plaintiffs' Unopposed Motion Pursuant to Federal Rule of Civil
2  Procedure 15(d) to Supplement Plaintiffs' Second Amended Consolidated Verified Shareholder
3  Derivative Complaint ("Motion") and supporting papers, the Motion is GRANTED.  The
4  Supplemental SAC attached as Exhibit 1 to the Declaration of Shawn A. Williams in Support of the
5  Motion shall be deemed filed as of the date of this Order.  The current briefing schedule on the
6  Second Amended Consolidated Verified Shareholder Derivative Complaint shall remain unchanged.
7       IT IS SO ORDERED.
8  DATED:   6/3/08                              /s/ Ronald M. Whyte
                                                THE HONORABLE RONALD M. WHYTE
9                                               UNITED STATES DISTRICT JUDGE

10
   Submitted by:
11
   DATED:  May 21, 2008
12
   COUGHLIN STOIA GELLER
13    RUDMAN & ROBBINS LLP
   SHAWN A. WILLIAMS
14 AELISH M. BAIG

15

16              /s/
          SHAWN A. WILLIAMS
17
   100 Pine Street, Suite 2600
18 San Francisco, CA  94111
   Telephone:  415/288-4545
19 415/288-4534 (fax)

20 COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
21 TRAVIS E. DOWNS III
   BENNY C. GOODMAN III
22 MARY LYNNE CALKINS
   655 West Broadway, Suite 1900
23 San Diego, CA  92101
   Telephone:  619/231-1058
24 619/231-7423 (fax)

25

26

27

28

[] ORDER GRANT'G LD PFS' UNOPPOSED MOT PURSNT TO FRCP 15(d) TO SUPPLMNT
PFS' 2D AMEND CONSOLID VERIFD SHAREHLDR DERIVTV COMPLNT - C-06-07660-RMW    - 1 -

| | |
|---|---|
| 1 | |
| 2 | SAXENA WHITE P.A.<br>MAYA SAXENA<br>JOSEPH E. WHITE<br>2424 N. Federal Highway, Suite 257<br>Boca Raton, FL  33431<br>Telephone:  561/394-3399<br>561/394-3382 (fax) |
| 3 | |
| 4 | |
| 5 | |
| 6 | Co-Lead Counsel for Plaintiffs |
| 7 | GUTRIDE SAFIER LLP<br>ADAM J. GUTRIDE<br>SETH A. SAFIER<br>835 Douglass Street<br>San Francisco, CA  94114<br>Telephone:  415/271-6469<br>415/449-6469 (fax) |
| 8 | |
| 9 | |
| 10 | |
| 11 | Additional Counsel for Plaintiffs |
| 12 | T:\CasesSF\Finisar Deriv\ORD00051429.doc |

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 21, 2008.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@csgrr.com

# Mailing Information for a Case 5:06-cv-07660-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Lawrence T. Hoyle , Jr**
  lhoyle@hoylelawfirm.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Seth Adam Safier**
  seth@gutridesafier.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101