1   DAVID PRIEBE (Bar No. 148679)
    david.priebe@dlapiper.com
2   DAVID BANIE (Bar No. 217924)
    david.banie@dlapiper.com
3   DLA PIPER US LLP
    2000 University Avenue
4   East Palo Alto, CA  94303-2215
    Tel:  650.833.2000
5   Fax:  650.833.2001

6   SHIRLI FABBRI WEISS (Bar No. 079225)
    shirli.weiss@dlapiper.com
7   DLA PIPER US LLP                                    E-FILED 7/9/08
    401 B Street, Suite 1700
8   San Diego, CA  92101-4297
    Tel:  619.699.2700
9   Fax:  619.699.2701

10

    Attorneys for Defendants
11  DAVID BUSE, MICHAEL CHILD, JOHN
    DRURY, MARK FARLEY, ROGER FERGUSON,
12  DAVID FRIES, HAROLD HUGHES, FRANK
    LEVINSON, JAN LIPSON, LARRY MITCHELL,
13  GREGORY OLSEN, JERRY RAWLS, ROBERT
    STEPHENS, DOMINIQUE TREMPONT,
14  STEPHEN WORKMAN, and JOSEPH YOUNG;
    *and* Nominal Defendant FINISAR CORPORATION

15

16              UNITED STATES DISTRICT COURT

17      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19  In re FINISAR CORPORATION          Master File No. C-06-07660-RMW
    DERIVATIVE LITIGATION
20                                      **STIPULATION AND** ⌊XXXXXXXXXXXX
                                        **ORDER TO ENLARGE DEADLINE FOR**
21                                      **DEFENDANTS TO FILE MOTIONS TO**
                                        **DISMISS SECOND AMENDED**
22                                      **CONSOLIDATED VERIFIED**
    This Document Relates To All Actions.  **COMPLAINT**
23

24

25

26

27

28

DLA PIPER US LLP

1

**STIPULATION**

2      WHEREAS, on May 12, 2008, Plaintiffs filed the Second Amended Consolidated

3 Verified Shareholder Derivative Complaint ("Complaint") in this action; and

4      WHEREAS, pursuant to the parties' Stipulation, which was then entered as an Order,

5 Defendants were scheduled to answer or otherwise respond to the Complaint no later than June

6 24, 2008; and the parties had set up a briefing schedule should Defendants move to dismiss; and

7      WHEREAS, the Defendants (Finisar and the Individual Defendants, who are current or

8 former officers and directors of Finisar) have determined that they will file motions to dismiss the

9 Complaint; and

10      WHEREAS, Defendants have asked for one additional week to prepare the motions; and

11      WHEREAS, Plaintiffs graciously agreed to this request; and

12      WHEREAS, the extension will not prejudice or change any Court date in this case, as no

13 hearing date had yet been reserved for any motions;

14      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and

15 Defendants, through their respective counsel of record subject to approval of the Court as follows:

16      1.      Defendants shall file and serve their motions to dismiss the Complaint no later

17 than July 1, 2008; and

18      2.      Plaintiffs shall file and serve their opposition(s) no later than August 14, 2008; and

19 \ \ \

20 \ \ \

21 \ \ \

22 \ \ \

23 \ \ \

24 \ \ \

25 \ \ \

26 \ \ \

27 \ \ \

28 \ \ \

DLA PIPER US LLP

- 2 -

1        3.        Defendants shall file and serve their replies no later than September 15, 2008.

2        IT IS SO STIPULATED

3    Dated:  June 20, 2008                    DLA PIPER US LLP

4                                             By:   /s/ David Priebe
                                                DAVID PRIEBE
5
                                             Attorneys for Defendants
6                                            DAVID BUSE, MICHAEL CHILD, JOHN
                                             DRURY, MARK FARLEY, ROGER
7                                            FERGUSON, DAVID FRIES, HAROLD
                                             HUGHES, FRANK LEVINSON, JAN LIPSON,
8                                            LARRY MITCHELL, GREGORY OLSEN,
                                             JERRY RAWLS, ROBERT STEPHENS,
9                                            DOMINIQUE TREMPONT, STEPHEN
                                             WORKMAN, and JOSEPH YOUNG;
10                                           *and* Nominal Defendant FINISAR
                                             CORPORATION
11

12   Dated:  June 20, 2008                    COUGHLIN STOIA GELLER RUDMAN &
                                             ROBBINS LLP
13
                                             By:   /s/ Shawn A. Williams
14                                              SHAWN A. WILLIAMS

15                                           SAXENA WHITE P.A.
                                             Joseph E. White
16
                                             Co-Lead Counsel for Plaintiffs
17

18

19        I, David Priebe, am the ECF user whose ID and password are being use to file this

20   STIPULATION AND [PROPOSED] ORDER TO ENLARGE DEADLINE FOR

21   DEFENDANTS TO FILE RESPONSE TO SECOND AMENDED CONSOLIDATED

22   VERIFIED COMPLAINT.  In compliance with General Order 45. X.B., I hereby attest that

23   Shawn A. Williams has concurred in this filing.

                                             /s/ David Priebe
24                                           DAVID PRIEBE

25

26                                    **ORDER**

27        Having considered the parties' Stipulation, and good cause appearing, the Court hereby

28   GRANTS the parties' Stipulation.

DLA PIPER US LLP

- 3 -

1    IT IS SO ORDERED.

2    DATED:  7/9/08 _____          /s/ Ronald M. Whyte
                                                      _____
3                                                     THE HONORABLE RONALD M. WHYTE
                                                      UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28