1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   AELISH M. BAIG (201279)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)                          ***E-FILED - 8/21/08***
5  shawnw@csgrr.com
   aelishb@csgrr.com
6     – and –
   TRAVIS E. DOWNS III (148274)
7  BENNY C. GOODMAN III (211302)          SAXENA WHITE P.A.
   MARY LYNNE CALKINS (212171)            MAYA SAXENA
8  655 West Broadway, Suite 1900          JOSEPH E. WHITE
   San Diego, CA  92101                   2424 N. Federal Highway, Suite 257
9  Telephone:  619/231-1058               Boca Raton, FL  33431
   619/231-7423 (fax)                     Telephone:  561/394-3399
10 travisd@csgrr.com                      561/394-3382 (fax)
   bennyg@csgrr.com                       msaxena@saxenawhite.com
11 mollyc@csgrr.com                       jwhite@saxenawhite.com

12 Co-Lead Counsel for Plaintiffs

13 [Additional counsel appear on signature page.]

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17 In re FINISAR CORP. DERIVATIVE          )  Master File No. C-06-07660-RMW
   LITIGATION                             )
18 _____       )  STIPULATION AND [] ORDER
                                          )  ENLARGING TIME FOR PLAINTIFFS TO
19 This Document Relates To:              )  FILE THEIR OPPOSITIONS TO
                                          )  DEFENDANTS' MOTION TO DISMISS
20      ALL ACTIONS.                      )  SUPPLEMENTAL SECOND AMENDED
                                          )  CONSOLIDATED VERIFIED
21 _____       )  SHAREHOLDER DERIVATIVE
                                             COMPLAINT
22

23

24

25

26

27

28

1    WHEREAS, on May 12, 2008, plaintiffs filed the Second Amended Consolidated Verified

2    Shareholder Derivative Complaint in this action;

3    WHEREAS, on May 21, 2008, plaintiffs filed an Unopposed Motion Pursuant to Federal

4    Rule of Civil Procedure 15(d) to Supplement Plaintiffs' Second Amended Consolidated Verified

5    Shareholder Derivative Complaint;

6    WHEREAS, on June 3, 2008, the Court issued an Order deeming filed the Supplemental

7    Second Amended Consolidated Verified Shareholder Derivative Complaint ("Complaint");

8    WHEREAS, pursuant to Stipulation and Order dated June 20, 2008, defendants filed their

9    motions to dismiss the Complaint on July 1, 2008;

10   WHEREAS, plaintiffs are scheduled to file their oppositions to the motions to dismiss on

11   August 14, 2008;

12   WHEREAS, plaintiffs have requested an additional five days, until August 19, 2008, to file

13   and serve their oppositions to the motions to dismiss;

14   WHEREAS, defendants have agreed to this request; and

15   WHEREAS, the extension will not prejudice or change the September 26, 2008 hearing date

16   in this case.

17   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants,

18   through their respective counsel of record subject to approval of the Court as follows:

19   1.    Plaintiffs shall file and serve their oppositions to motions to dismiss the Complaint no

20   later than August 19, 2008; and

21   2.    Defendants shall file and serve their replies no later than September 12, 2008.

22   IT IS SO STIPULATED.

23   DATED:  August 13, 2008                      COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
24                                                 SHAWN A. WILLIAMS
                                                    AELISH M. BAIG
25

26

27                                                        /s/
                                                   SHAWN A. WILLIAMS
28

1   100 Pine Street, Suite 2600
2   San Francisco, CA  94111
    Telephone:  415/288-4545
3   415/288-4534 (fax)

4   COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
5   TRAVIS E. DOWNS III
    BENNY C. GOODMAN III
6   MARY LYNNE CALKINS
    655 West Broadway, Suite 1900
7   San Diego, CA  92101
    Telephone:  619/231-1058
8   619/231-7423 (fax)

9   SAXENA WHITE P.A.
    MAYA SAXENA
10  JOSEPH E. WHITE
    2424 N. Federal Highway, Suite 257
11  Boca Raton, FL  33431
    Telephone:  561/394-3399
12  561/394-3382 (fax)

13  Co-Lead Counsel for Plaintiffs

14  GUTRIDE SAFIER LLP
    ADAM J. GUTRIDE
15  SETH A. SAFIER
    835 Douglass Street
16  San Francisco, CA  94114
    Telephone:  415/271-6469
17  415/449-6469 (fax)

18  Additional Counsel for Plaintiffs

19  DATED:  August 13, 2008          DLA PIPER US LLP
                                     DAVID PRIEBE
20

21
                                     _____/s/_____
22                                      DAVID PRIEBE

23                                   2000 University Avenue
                                     East Palo Alto, CA  94303-2248
24                                   Telephone:  650/833-2000
                                     650/833-2001 (fax)
25

26

27

28

DLA PIPER US LLP
SHIRLI FABBRI WEISS
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  619/699-3650
619/699-2701 (fax)

Attorney for Defendants David Buse, John Drury,
Mark Farley, Roger Ferguson, David Fries,
Harold Hughes, Frank Levinson, Jan Lipson,
Larry Mitchell, Gregory Olsen, Jerry Rawls,
Robert Stephens, Dominique Trempont, Stephen
Workman, and Joseph Young; and Nominal
Defendant Finisar Corporation

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this

Stipulation and [Proposed] Order Enlarging Time for Plaintiffs to File Their Oppositions to

Defendants' Motion to Dismiss Supplemental Second Amended Consolidated Verified Shareholder

Derivative Complaint.  In compliance with N.D. Cal. Gen. Order 45, X.B., I hereby attest that David

Priebe have concurred in this filing.

_____
/s/
SHAWN A. WILLIAMS

DATED:  August 13, 2008                GOODWIN PROCTER, LLP
                                       LLOYD WINAWER


_____
/s/
LLOYD WINAWER
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Telephone:  650/752-3100
650/853-1038 (fax)

GOODWIN PROCTER, LLP
STEPHEN D. POSS
Exchange Place,
53 State Street
Boston, MA 02109-2881
Telephone:  617/570-1000
617/523-1231 (fax)

Attorney for Defendant Michael C. Child

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this

Stipulation and [Proposed] Order Enlarging Time for Plaintiffs to File Their Oppositions to

Defendants' Motion to Dismiss Supplemental Second Amended Consolidated Verified Shareholder Derivative Complaint.  In compliance with N.D. Cal. Gen. Order 45, X.B., I hereby attest that Lloyd Winawer have concurred in this filing.

/s/
_____
SHAWN A. WILLIAMS

*    *    *

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED: _____8/21/08_____        *Ronald M. Whyte*
_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1

<u>CERTIFICATE OF SERVICE</u>

2

   I hereby certify that on August 13, 2008, I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6

participants indicated on the attached Manual Notice List.

7

   I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.  Executed on August 13, 2008.

9

                                                       s/ Shawn A. Williams
                                              SHAWN A. WILLIAMS

10

11
                                              COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP

12
                                              100 Pine Street, 26th Floor
                                              San Francisco, CA  94111

13
                                              Telephone:  415/288-4545
                                              415/288-4534 (fax)

14

15
                                              E-mail: shawnw@csgrr.com

16

T:\CasesSF\Finisar Deriv\S-ORD00053335.doc

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-07660-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **David Banie**
  david.banie@dlapiper.com,trina.walker@dlapiper.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **David M. Doyle**
  david.doyle@dlapiper.com,lynette.pola@dlapiper.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Lawrence T. Hoyle , Jr**
  lhoyle@hoylelawfirm.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Seth Adam Safier**
  seth@gutridesafier.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,sasmith@goodwinprocter.com,monyeagbako@goodwinprocter.com,cburgos@goodwinprocter.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```