**United States District Court**
For the Northern District of California

1

2

3

4                                                            **E-FILED on**  10/21/2008

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

12    In re FINISAR CORP. DERIVATIVE              No. C-06-07660 RMW
      LITIGATION
13                                                ORDER VACATING HEARING DATE

14    _____

15    This Document Relates To:

16          ALL ACTIONS.

17

18          The motions to dismiss presently set for hearing on October 31, 2008 are hereby submitted

19    on the papers without oral argument.  *See* Civil L.R. 7-1(b).  The hearing date of October 31, 2008 is

20    vacated.  If, upon consideration of the matter, the court deems that oral argument is necessary or

21    would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

22

23

24

      DATED:         10/21/2008
25                                                RONALD M. WHYTE
                                                  United States District Judge
26

27

28

ORDER VACATING HEARING DATE—06-07660 RMW
TSF

1

**Notice of this document has been electronically sent to:**

2

**Counsel for Plaintiffs:**

3  Aelish Marie Baig          AelishB@csgrr.com
   Travis E. Downs , III      travisd@csgrr.com
4  Shawn A. Williams          shawnw@csgrr.com
   Monique C. Winkler         shawnw@csgrr.com
5  Lester Rene Hooker         lhooker@saxenawhite.com
   Alan Roth Plutzik          aplutzik@bramsonplutzik.com
6  Seth Adam Safier           seth@gutridesafier.com

7

**Counsel for Defendants:**

8

9  David Allen Priebe         david.priebe@dlapiper.com
   Shirli Fabbri Weiss        shirli.weiss@dlapiper.com
   Lawrence T. Hoyle , Jr.    lhoyle@hoylelawfirm.com

10

11  Counsel are responsible for distributing copies of this document to co-counsel that have not
    registered for e-filing under the court's CM/ECF program.

12

13

**Dated:**     10/21/2008          ____TSF_____

14                                 **Chambers of Judge Whyte**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER VACATING HEARING DATE—06-07660 RMW
TSF                                              2