**E-FILED on** 9/22/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION, | No. C-06-07660 RMW |
| | JUDGMENT |
| This Document Relates To:<br>ALL ACTIONS. | |

On September 22, 2009, the court entered its order granting defendants' motions to dismiss. Therefore,

IT IS HEREBY ordered that plaintiffs take nothing by way of their complaint and that judgment be entered in favor of all defendants.

DATED: 9/22/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-06-07660 RMW
LJP

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Aelish Marie Baig | AelishB@csgrr.com |
| Travis E. Downs, III | travisd@csgrr.com |
| Lester Rene Hooker | lhooker@saxenawhite.com |
| Alan Roth Plutzik | aplutzik@bramsonplutzik.com |
| Seth Adam Safier | seth@gutridesafier.com |
| Shawn A. Williams | shawnw@csgrr.com |
| Monique C. Winkler | shawnw@csgrr.com |

**Counsel for Defendants:**

| | |
|---|---|
| David Banie | david.banie@dlapiper.com |
| Arlena Victoria Carrozzi | arlena.carrozzi@dlapiper.com |
| David M. Doyle | david.doyle@dlapiper.com |
| Lawrence T. Hoyle , Jr. | lhoyle@hoylelawfirm.com |
| David Allen Priebe | david.priebe@dlapiper.com |
| Shirli Fabbri Weiss | shirli.weiss@dlapiper.com |
| Lloyd Winaer | lwinawer@goodwinprocter.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   9/22/09                                             LJP
                                                         **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

JUDGMENT—No. C-06-07660 RMW
LJP                                                      2