DAVID PRIEBE (Bar No. 148679)
david.priebe@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

SHIRLI FABBRI WEISS (Bar No. 079225)
shirli.weiss@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Nominal Defendant
Finisar Corporation

/ Additional counsel and parties on signature page /

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| In re FINISAR CORPORATION DERIVATIVE LITIGATION | Master File No. C-06-07660-RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE FOR<br>ONE WEEK** |
|---|---|
| This Document Relates To All Actions. | Current Date: September 9, 2011<br>Proposed Date: September 16, 2011<br>Time: 10:00 a.m.<br>Courtroom: 6<br><br>The Honorable Ronald M. Whyte |

DLA PIPER US LLP
EAST PALO ALTO

STIPULATION AND ORDER CONTINUING CMC
MASTER FILE NO.C-06-07660 RMW

1  WHEREAS, on August 19, 2001, Plaintiffs, nominal defendant Finisar Corporation, and
2  individual defendants Jerry S. Rawls, Steven Workman, and Michael C. Child jointly submitted a
3  Request for Case Management Conference and Joint Case Management Conference Statement;
4  and

5  WHEREAS on August 30, 2011, the Court granted the parties' request and set a Case
6  Management Conference for Friday, September 9, 2011, at 10 AM; and,

7  WHEREAS, counsel for Finisar has a preexisting conflict on that date and asked the
8  remaining parties whether they would agree to continue the Case Management for one week to
9  September 16; and,

10  WHEREAS, counsel for the remaining parties agreed to this request;

11  THEREFORE, the parties hereby stipulate to and request that the Court continue the Case
12  Management presently scheduled for September 9, 2011 at 10 a.m.; to September 16, 2011 at 10:52
13  a.m.

14  DATED: September 2, 2011         DLA PIPER LLP (US)

            /s/ David Priebe
            DAVID PRIEBE

            2000 University Avenue
            East Palo Alto, CA 94303-2214
            Telephone: (650) 833-2000
            Fax: (650) 833-2001

            Counsel for Nominal Defendant Finisar
            Corporation

| | | |
|---|---|---|
| 1 | DATED: September 2, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | SHAWN A. WILLIAMS |
| | | CHRISTOPHER M. WOOD |

/s/ Christopher Wood
CHRISTOPHER M. WOOD

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)

Co-Lead Counsel for Plaintiffs

DATED:  September 2, 2011

WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
JARED L. KOPEL
NICOLE HEALY

/s/ Jared Kopel
JARED L. KOPEL

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: jkopel@wsgr.com

Counsel for Defendant Jerry S. Rawls

DATED: September 2, 2011  GOODWIN PROCTER LLP

                                                                  /s/ Lloyd Winawer
                                                                LLOYD WINAWER

Stephen D. Poss
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1094
Fax: (517) 523-1231

Lloyd Winawer
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Fax: (650) 853-1038

Counsel for Defendant Michael C. Child

DATED: September ____, 2011  HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, P.C.

                                                                SARAH A. GOOD

Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone: (415) 434-1600
Fax: (415) 677-6262

Counsel for Defendant Steven Workman

    I, David Priebe, am the ECF User whose ID and password are being used to file this Request for Case Management Conference and Joint Case Management Conference Statement. In compliance with General Order 45, X.B., I hereby attest that Christopher Wood, Lloyd Winawer, Jared Kopel, and Sarah Good have concurred in this filing.

                                                                /s/ David Priebe
                                                                DAVID PRIEBE

* * *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __JDIFF__                         /s/ Ronald M. Whyte
                                          THE HONORABLE RONALD M. WHYTE
                                          UNITED STATES DISTRICT JUDGE