JARED L. KOPEL, State Bar No. 126817
NICOLE M. HEALY, State Bar No. 147417
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jkopel@wsgr.com
Email: nhealy@wsgr.com

Attorneys for Defendant
Jerry S. Rawls

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FINISAR CORP. DERIVATIVE LITIGATION | Master File No. C-06-07660-RMW |
| | **[] ORDER GRANTING SUBSTITUTION OF COUNSEL** |
| This Document Relates to: | |
| ALL ACTIONS. | |

Upon review of the Notice of Substitution of Attorney submitted by Jerry S. Rawls, Defendant in the above-referenced matter, the Court hereby ORDERS as follow: Jared L. Kopel and Nicole M. Healy, both of the law firm Wilson Sonsini Goodrich & Rosati, P.C. shall serve as attorneys of record for Mr. Rawls. Attorneys David Priebe and Shirli Fabbri Weiss, both of the law firm DLA Piper LLP US, are relieved as counsel for Mr. Rawls.

**IT IS SO ORDERED**

Dated: _____, 2011

*/s/ Ronald M. Whyte*
Honorable Ronald M. Whyte
Senior United States District Judge