Lloyd Winawer (State Bar No. 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California  94025
Telephone:     650-752-3100
Facsimile:      650-853-1038

Stephen D. Poss (*Pro Hac Vice*)
*sposs@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts  02109
Telephone:     617-570-1094
Facsimile:      617-523-1231

*Attorneys for* Defendants Michael C. Child,
Roger C. Ferguson, Frank H. Levinson,
Robert N. Stephens, and Dominique Trempont

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re FINISAR CORPORATION DERIVATIVE LITIGATION | Master File No. C-06-07660-RMW<br><br>**STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE AND HEARING DATE**<br><br>Courtroom:   6<br>Judge:  The Hon. Ronald M. Whyte |

1   WHEREAS, the Court held a Case Management Conference in this action on September 14,
2   2011;

3   WHEREAS, at the September 14, 2011 Case Management Conference, pursuant to the
4   parties' agreement, the Court scheduled for December 9, 2011 (1) a Further Case Management
5   Conference, and (2) the hearing on motions to dismiss to be filed by the defendants;

6   WHEREAS, pursuant to the Court's September 16, 2011 Order, on October 7, 2011,
7   Plaintiffs filed a letter brief in support of their request that the Court order Finisar Corporation to
8   begin the production of relevant documents immediately, and defendants filed a letter brief in
9   opposition to plaintiffs' request on October 14, 2011;

10   WHEREAS, given the number of individuals named as defendants and the significant
11   expense involved in litigating this action, including the filing of briefs in support of and in
12   opposition to motions to dismiss, and in an effort to preserve judicial resources, the undersigned
13   counsel and parties (the "Parties") have met and conferred and agreed to engage in nonbinding
14   mediation before the Honorable Edward A. Infante (Ret.) (the "Mediation");

15   WHEREAS, the Parties expect that the Mediation will commence on or before January 18,
16   2012, and are working diligently to prepare for the Mediation, including by exchanging relevant
17   information;

18   WHEREAS, for the reasons discussed above and to facilitate the Mediation, justification and
19   good cause exists for (1) vacating the December 9, 2011 Further Case Management Conference and
20   motion to dismiss hearing date, (2) continuing until February 17, 2012 the date by which any
21   defendant must file a motion to dismiss Plaintiffs' Supplemental Second Amended Consolidated
22   Verified Shareholder Derivative Complaint ("SSAC") or other responsive pleading, and
23   (3) deferring a ruling on the parties' letter briefs regarding the production of documents until a ruling
24   is requested by any party.

25   NOW THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES
26   HEREBY STIPULATE AS FOLLOWS:

27   (1)   The Further Case Management Conference and motion to dismiss hearing scheduled
28   for December 9, 2011 are vacated;

(2) The date by which any defendant must file a motion to dismiss the SSAC or other responsive pleading is continued until February 17, 2012;

(3) The Court shall defer ruling on the parties' letter briefs until a ruling is requested by any party; and

(4) The Parties will advise the Court of the status of this action within 48 hours of the completion of the Mediation.

IT IS SO STIPULATED.

DATED: November 4, 2011                     ROBBINS GELLER RUDMAN & DOWD LLP


                                       /s/ Christopher M. Wood
                                      CHRISTOPHER M. WOOD

Shawn A. Williams
Christopher M. Wood
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Fax: (415) 288-4534

ROBBINS GELLER RUDMAN & DOWD LLP
Travis E. Downs III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

SAXENA WHITE P.A.
Maya S. Saxena
Joseph E. White
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Fax: (561) 394-3382

Co-Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| DATED: November 4, 2011 | | DLA PIPER LLP (US) |

                                                /s/ David Priebe
                                                DAVID PRIEBE

Shirli Fabbri Weiss
David Priebe
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: (650) 833-2000
Fax: (650) 833-2001

Attorneys for Nominal Defendant Finisar Corporation

DATED: November 4, 2011                WILSON SONSINI GOODRICH & ROSATI, Professional Corporation

                                                /s/ Jared L. Kopel
                                                JARED L. KOPEL

Jared L. Kopel
Nicole Healy
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Fax: (650) 565-5100

Attorneys for Defendant Jerry S. Rawls

| | | |
|---|---|---|
| 1 | DATED: November 4, 2011 | GOODWIN PROCTER LLP |

/s/ Lloyd Winawer
LLOYD WINAWER

Stephen D. Poss (*pro hac vice*)
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1094
Fax: (617) 523-1231
Lloyd Winawer
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Fax: (650) 853-1038

Attorneys for Defendants Michael C. Child, Roger C. Ferguson, Frank H. Levinson, Robert N. Stephens, and Dominique Trempont

DATED: November 4, 2011        HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, P.C.

/s/ Sarah A. Good
SARAH A. GOOD

Sarah A. Good
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone: (415) 434-1600
Fax: (415) 677-6262

Attorneys for Defendants David Buse, John Drury, Mark Farley, Stephen Workman, and Joseph Young

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___33⅓; 14233_____        _____
    *Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND ORDER REGARDING CMC AND HEARING DATE        MASTER FILE NO. C-06-07660-RMW

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: November 4, 2011

GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025

By: /s/ Lloyd Winawer

Attorneys for Defendants
Michael C. Child, Roger C. Ferguson, Frank H. Levinson, Robert N. Stephens, and Dominique Trempont

**CERTIFICATE OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 4, 2011.

Dated: November 4, 2011

GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025


By: /s/ Lloyd Winawer

Attorneys for Defendants
Michael C. Child, Roger C. Ferguson, Frank H. Levinson, Robert N. Stephens, and Dominique Trempont