ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
cwood@rgrdlaw.com
     – and –
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | ) ) ) Master File No. C-06-07660-RMW |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) STIPULATION AND [] ORDER ) EXTENDING THE DEADLINE FOR ) FILING A MOTION FOR SUBSTITUTION ) PURSUANT TO RULE 25(a) ) ) |

665142_1

1  WHEREAS, the Supplemental Second Amended Consolidated Verified Shareholder Derivative Complaint (the "SSAC"), the operative complaint in this matter, was filed on June 3, 2008 (Dkt. Nos. 62-65);

4  WHEREAS, the SSAC named defendants Jan Lipson and Larry D. Mitchell, among other defendants;

6  WHEREAS, Larry D. Mitchell passed away on January 22, 2010;

7  WHEREAS, Jan Lipson passed away on July 18, 2010;

8  WHEREAS, the parties' Request for Case Management Conference and Joint Case Management Conference Statement, filed on August 19, 2011 (Dkt. No. 112), made note of Mr. Mitchell's and Mr. Lipson's passing, arguably triggering the 90-day period within which any party may file a motion for substitution of a party pursuant to Rule 25(a) of the Federal Rules of Civil Procedure;

13  WHEREAS, in order to preserve the pending claims, and in light of the parties' upcoming mediation, the parties wish to extend the deadline by which a party must file a motion for substitution pursuant to Rule 25(a), until February 17, 2012; and

16  WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency and will not cause prejudice to any party;

18  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs, the Lipson 2000 Revocable Trust Under Agreement Dated September 28, 2000 and the Mitchell Revocable Family Trust, through their respective counsel, subject to approval of the Court as follows:

21  1.  The date within which any party must file a motion for substitution pursuant to Rule 25(a) is extended until February 17, 2012.

23  IT IS SO STIPULATED.

24  DATED: November 17, 2011            ROBBINS GELLER RUDMAN
                                          & DOWD LLP
25                                       SHAWN A. WILLIAMS
                                         CHRISTOPHER M. WOOD

28                                       s/ Christopher M. Wood
                                         CHRISTOPHER M. WOOD

665142_1

STIPULATION AND [] ORDER EXTENDING THE DEADLINE FOR FILING A MOTION
FOR SUBSTITUTION PURSUANT TO RULE 25(a) - C-06-07660-RMW                - 1 -

| | |
|---|---|
| | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| | San Francisco, CA  94104 |
| | Telephone:  415/288-4545 |
| | 415/288-4534 (fax) |
| | |
| | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| | TRAVIS E. DOWNS III |
| | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| | Telephone:  619/231-1058 |
| | 619/231-7423 (fax) |
| | |
| | SAXENA WHITE P.A. |
| | MAYA SAXENA |
| | JOSEPH E. WHITE |
| | 2424 N. Federal Highway, Suite 257 |
| | Boca Raton, FL  33431 |
| | Telephone:  561/394-3399 |
| | 561/394-3382 (fax) |
| | |
| | Co-Lead Counsel for Plaintiffs |
| DATED:  November 17, 2011 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, P.C. |
| | |
| |       s/ Sarah A. Good |
| | SARAH A. GOOD |
| | |
| | Three Embarcadero Center, Seventh Floor |
| | San Francisco, CA  94111-4024 |
| | Telephone:  415/434-1600 |
| | 415/677-6262 (fax) |
| | |
| | Attorneys for Defendants |
| | DAVID BUSE, JOHN DRURY, MARK FARLEY, JOSEPH YOUNG and STEPHEN K. WORKMAN and for the LIPSON 2000 REVOCABLE TRUST UNDER AGREEMENT DATED SEPTEMBER 28, 2000 |
| DATED:  November 17, 2011 | DLA PIPER |
| | DAVID A. PRIEBE |
| | |
| |       s/ David A. Priebe |
| | DAVID A. PRIEBE |
| | |
| | 2000 University Avenue |
| | East Palo Alto, CA 94303-2214 |
| | Telephone: 650/833-2000 |
| | 650/833-2001 (Fax) |

665142_1

STIPULATION AND [] ORDER EXTENDING THE DEADLINE FOR FILING A MOTION FOR SUBSTITUTION PURSUANT TO RULE 25(a) - C-06-07660-RMW - 2 -

Attorneys for Nominal Defendant FINISAR CORPORATION and the MITCHELL REVOCABLE FAMILY TRUST

I, Christopher M. Wood, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Extending the Deadline for Filing a Motion for Substitution Pursuant to Rule 25(a). In compliance with General Order 45.X.B, I hereby attest that Sarah A. Good and David A. Priebe have concurred in this filing.

DATED: November 17, 2011         By:   s/ Christopher M. Wood
                                       CHRISTOPHER M. WOOD

\*   \*   \*

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED:  FFBGJBF

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

665142_1

STIPULATION AND [] ORDER EXTENDING THE DEADLINE FOR FILING A MOTION FOR SUBSTITUTION PURSUANT TO RULE 25(a) - C-06-07660-RMW         - 3 -