1  SARAH A. GOOD (No. 148742)
   sgood@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone: 415/434-1600
5  Facsimile: 415/677-6262

6  Attorneys for Defendant
   STEPHEN K. WORKMAN
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 In re FINISAR CORP. DERIVATIVE       )   Master File No. C-06-07660-RMW
   LITIGATION                           )
13                                      )   [PROPOSED] ORDER GRANTING
                                        )   SUBSTITUTION OF COUNSEL FOR
14 ─────────────────────────────────    )   DEFENDANT STEPHEN K.
                                        )   WORKMAN
15 This Document Relates to:            )
                                        )
16    ALL ACTIONS.                      )
                                        )
   ─────────────────────────────────

17     Upon review of the Notice of Substitution of Attorney submitted by Stephen K.
18 Workman, defendant in the above-referenced matter, the Court hereby ORDERS as follow:
19 Sarah A. Good of the law firm of Howard Rice Nemerovski Canady Falk & Rabkin, A
20 Professional Corporation, shall serve as attorney of record for Mr. Workman. Attorneys
21 David Priebe and Shirli Fabbri Weiss, both of the law firm DLA Piper LLP (US), are
22 relieved as counsel for Mr. Workman.

23     **IT IS SO ORDERED.**

24

25 DATED: ~~FFDIEFF~~

26                              *Ronald M. Whyte*
27                              ─────────────────────────────
                                Honorable Ronald M. Whyte
28                              Senior United States District Judge