SARAH A. GOOD (No. 148742)
sgood@howardrice.com
JEREMY T. KAMRAS (No. 237377)
jkamras@howardrice.com
JAIME M. HULING DELAYE (No. 270784)
jhulingdelaye@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262

Attorneys for Defendant
STEPHEN K. WORKMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re FINISAR CORP. DERIVATIVE LITIGATION | Master File No. C-06-07660-RMW |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS. | [~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS DAVID BUSE, JOHN DRURY, MARK FARLEY AND JOSEPH YOUNG |

Upon review of the Notice of Substitution of Counsel submitted by David Buse, John Drury, Mark Farley and Joseph Young, defendants in the above-referenced matter, the Court hereby ORDERS as follows: Sarah A. Good, Jeremy T. Kamras and Jaime Huling Delaye of the law firm of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, shall serve as attorneys of record for Messrs. Buse, Drury, Farley and Young. Attorneys David Priebe and Shirli Fabbri Weiss, both of the law firm DLA Piper LLP (US), are relieved as counsel for Messrs. Buse, Drury, Farley and Young.

**IT IS SO ORDERED.**

DATED: FF#€#F

*Ronald M. Whyte*
Honorable Ronald M. Whyte
Senior United States District Judge

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL     C-06-07660-RMW
-1-