1   JARED L. KOPEL, State Bar No. 126817
    NICOLE M. HEALY, State Bar No. 147417
2   ASHA SUBAS, State Bar No. 262528
    WILSON SONSINI GOODRICH & ROSATI
3   Professional Corporation
    650 Page Mill Road
4   Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300                        E-FILED on 2/17/12
5   Facsimile: (650) 565-5100
    Email: jkopel@wsgr.com
6   Email: nhealy@wsgr.com
    Email: asubas@wsgr.com
7
    Attorneys for Defendant
8   Jerry S. Rawls

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12

13   IN RE FINISAR CORP. DERIVATIVE            Master File No. C-06-07660-RMW
     LITIGATION,
14                                             STIPULATION AND [D] ORDER
                                               EXTENDING THE DEADLINE FOR FILING
15   This Document Relates To:                 MOTIONS TO DISMISS

16         ALL ACTIONS.
                                               Hon. Ronald M. Whyte
17

18

19

20

21

22

23         WHEREAS, on January 18, 2012, the parties engaged in a nonbinding mediation before

24   the Honorable Edward A. Infante (Ret.) (the "Mediation"), and settlement discussions remain

25   ongoing;

26         WHEREAS, pursuant to the Stipulation and Order Regarding Case Management

27   Conference and Hearing Date filed on November 9, 2011 (the "November 9 Stipulation and

28

1    Order"), Dkt. No. 126, Plaintiffs and Defendants filed their Mediation status reports with the

2    Court on January 23, 2012 and January 25, 2012, respectively, Dkt. Nos. 131, 132;

3          WHEREAS, pursuant to the November 9 Stipulation and Order, Defendants must file

4    motions to dismiss Plaintiffs' Supplemental Second Amended Consolidated Verified Shareholder

5    Derivative Complaint ("SSAC") or other responsive pleadings by February 17, 2012;

6          WHEREAS, (1) to facilitate the ongoing settlement discussions, (2) minimize litigation

7    fees and costs, including the significant expense involved in briefing and arguing motions to

8    dismiss; and (3) preserve judicial resources, subject to this Court's approval, the parties agree

9    that the time for Defendants to file motions to dismiss the SSAC or other responsive pleadings

10   shall be extended until March 2, 2012; and

11         WHEREAS, Defendants have not yet reserved a date for the hearing of motions to

12   dismiss and this stipulated extension thus will not affect any scheduled Court date in this case;

13         THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, Defendants,

14   and Finisar, through their respective counsel of record subject to approval of the Court as follows:

15         1.      Defendants shall file and serve their motions to dismiss the SSAC no later than

16   March 2, 2012.

17                                    *        *        *

18         IT IS SO STIPULATED

19   DATED:  February 14, 2012              WILSON SONSINI GOODRICH & ROSATI,
                                            Professional Corporation
20                                          JARED L. KOPEL
                                            NICOLE M. HEALY
21
                                                  /s Jared L. Kopel
22                                                JARED L. KOPEL

23                                          650 Page Mill Road
                                            Palo Alto, CA 94304-1050
24                                          Telephone:  (650) 493-9300
                                            Facsimile (650) 565-5100
25

26                                          Counsel for Defendant Jerry S. Rawls

27

28

1   DATED:  February 14, 2012          ROBBINS GELLER RUDMAN & DOWD LLP
                                       SHAWN A. WILLIAMS
2                                      CHRISTOPHER M. WOOD

3                                                /s Shawn A. Williams
                                       _____
4                                                 SHAWN A. WILLIAMS

5                                      ROBBINS GELLER RUDMAN & DOWD LLP
                                       TRAVIS E. DOWNS III
6                                      655 West Broadway, Suite 1900
                                       San Diego, CA  92101
7                                      Telephone:  (619) 231-1058
                                       Facsimile:  (619) 231-7423
8
                                       SAXENA WHITE P.A.
9                                      MAYA SAXENA
                                       JOSEPH E. WHITE
10                                     2424 N. Federal Highway, Suite 257
                                       Boca Raton, FL  33431
11                                     Telephone: (561) 394-3399
                                       Facsimile: (561) 394-3382
12
                                       Co-Lead Counsel for Plaintiffs
13  DATED:  February 14, 2012          DLA PIPER LLP (US)
                                       DAVID PRIEBE
14
                                                 /s David Priebe
15                                     _____
                                                 DAVID PRIEBE
16
                                       Counsel for Nominal Defendant Finisar Corporation
17  DATED:  February 14, 2012          GOODWIN PROCTER LLP
                                       LLOYD WINAWER
18
                                                 /s Lloyd Winawer
19                                     _____
                                                 LLOYD WINAWER
20
                                       135 Commonwealth Drive
21                                     Menlo Park, CA 94025
                                       Telephone: (650) 752-3100
22                                     Facsimile: (650) 853-1038

23                                     STEPHEN D. POSS
                                       Exchange Place
24                                     53 State Street
                                       Boston, MA 02109
25                                     Telephone: (617) 570-1000
                                       Facsimile: (517) 523-1231
26
                                       Counsel for Defendants Michael C. Child, Roger
27                                     C. Ferguson, Frank H. Levinson, Robert N.
                                       Stephens, and Dominique Trempont
28

1   DATED:  February 14, 2012                    ARNOLD & PORTER LLP
                                                 SARAH A. GOOD
2                                                JEREMY KAMRAS

3                                                _____/s Sarah A. Good_____
4                                                       SARAH A. GOOD

5                                                Three Embarcadero Center, Seventh Floor
                                                 San Francisco, CA 94111-4024
6                                                Telephone: (415) 434-1600
                                                 Facsimile: (415)677-6262
7
                                                 Counsel for Defendants David Buse, John
8                                                Drury, Mark Farley, Stephen K. Workman and
                                                 Joseph Young
9

10                              *        *        *

11                                      **ORDER**

12

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15

16
     Dated: _____, 2012
17                                               THE HONORABLE RONALD M. WHYTE
                                                 UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

**ECF CERTIFICATION**

I, Nicole M. Healy, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Extending the Deadline for Filing Motions to Dismiss.  In compliance with General Order 45.X.B, I hereby attest that I have obtained concurrence regarding the filing of this document from the signatories to the document.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 14, 2012.

Dated:  February 14, 2012

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:    /s Nicole M. Healy
             Nicole M. Healy

JARED L. KOPEL
jkopel@wsgr.com
NICOLE M. HEALY
nhealy@wsgr.com
ASHA SUBAS
asubas@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Counsel for Defendant Jerry S. Rawls