1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    CHRISTOPHER M. WOOD (254908)
3   Post Montgomery Center
    One Montgomery Street, Suite 1800
4   San Francisco, CA  94104
    Telephone:  415/288-4545
5   415/288-4534 (fax)
    shawnw@rgrdlaw.com                         SAXENA WHITE P.A.
6   cwood@rgrdlaw.com                          MAYA SAXENA
         – and –                               JOSEPH E. WHITE
7   TRAVIS E. DOWNS III (148274)               2424 N. Federal Highway, Suite 257
    655 West Broadway, Suite 1900              Boca Raton, FL  33431
8   San Diego, CA  92101                       Telephone:  561/394-3399
    Telephone:  619/231-1058                   561/394-3382 (fax)
9   619/231-7423 (fax)                         msaxena@saxenawhite.com
    travisd@rgrdlaw.com                        jwhite@saxenawhite.com
10
    Co-Lead Counsel for Plaintiffs
11
                        UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                             SAN JOSE DIVISION
14
    In re FINISAR CORP. DERIVATIVE    )   Master File No. C-06-07660-RMW
15  LITIGATION                        )
    _____   )   STIPULATION AND [] ORDER
16                                     )   EXTENDING THE DEADLINE FOR
    This Document Relates To:         )   FILING A MOTION FOR SUBSTITUTION
17                                     )   PURSUANT TO RULE 25(a)
         ALL ACTIONS.                 )
18  _____   )
19
20
21
22
23
24
25
26
27
28

685449_1

1    WHEREAS, on November 29, 2011, the Court entered the Stipulation and Order Extending

2    the Deadline for Filing a Motion for Substitution Pursuant to Rule 25(a) (the "Rule 25(a) Order")

3    (Dkt. No. 128);

4    WHEREAS, the Rule 25(a) Order extended the deadline by which a party must file a motion

5    for substitution pursuant to Rule 25(a) with respect to Jan Lipson and Larry D. Mitchell, who passed

6    away during the pendency of this litigation, until February 17, 2012;

7    WHEREAS, on February 14, 2012, the parties filed a Stipulation and [Proposed] Order

8    Extending the Deadline for Filing Motions to Dismiss (Dkt. No. 133), which informed the Court that

9    the parties' settlement discussions were ongoing, and, in light of such discussions, requested an

10   extension of the deadline for defendants to file motions to dismiss plaintiffs' Supplemental Second

11   Amended Consolidated Verified Shareholder Derivative Complaint or other responsive pleadings

12   until March 2, 2012;

13   WHEREAS, in order to preserve the pending claims, and in light of the parties' ongoing

14   settlement discussions, the parties wish to extend the deadline by which a party must file a motion

15   for substitution pursuant to Rule 25(a), until March 2, 2012; and

16   WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

17   efficiency and will not cause prejudice to any party;

18   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs, the Lipson

19   2000 Revocable Trust Under Agreement Dated September 28, 2000 and the Mitchell Revocable

20   Family Trust, through their respective counsel, subject to approval of the Court as follows:

21   1.      The date within which any party must file a motion for substitution pursuant to Rule

22   25(a) is extended until March 2, 2012.

23   IT IS SO STIPULATED.

24   DATED:  February 15, 2012                    ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
25                                                  SHAWN A. WILLIAMS
                                                    CHRISTOPHER M. WOOD
26

27

28   _____
                                                    s/ Christopher M. Wood
                                                    CHRISTOPHER M. WOOD

STIPULATION AND [] ORDER EXTENDING THE DEADLINE FOR FILING A MOTION
FOR SUBSTITUTION PURSUANT TO RULE 25(A) - C-06-07660-RMW                    - 1 -

1
Post Montgomery Center
One Montgomery Street, Suite 1800

2
San Francisco, CA  94104
Telephone:  415/288-4545

3
415/288-4534 (fax)

4
ROBBINS GELLER RUDMAN
   & DOWD LLP

5
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900

6
San Diego, CA  92101
Telephone:  619/231-1058

7
619/231-7423 (fax)

8
SAXENA WHITE P.A.
MAYA SAXENA

9
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257

10
Boca Raton, FL  33431
Telephone:  561/394-3399

11
561/394-3382 (fax)

12
Co-Lead Counsel for Plaintiffs

13
DATED:  February 15, 2012
ARNOLD & PORTER LLP
SARAH A. GOOD

14
JEREMY KAMRAS

15
                      s/ Sarah A. Good

16
                 SARAH A. GOOD

17
Three Embarcadero Center, Seventh Floor
San Francisco, CA  94111-4024

18
Telephone:  415/434-1600
415/677-6262 (fax)

19

20
Counsel for Defendants David Buse, John Drury,
Mark Farley, Stephen K. Workman and Joseph

21
Young

22

23

24

25

26

27

28

685449_1

STIPULATION AND [] ORDER EXTENDING THE DEADLINE FOR FILING A MOTION
FOR SUBSTITUTION PURSUANT TO RULE 25(A) - C-06-07660-RMW                         - 2 -

1

DATED:  February 15, 2012                    DLA PIPER
2                                            DAVID A. PRIEBE

3
                                             _____
4                                                    s/ David A. Priebe
                                             DAVID A. PRIEBE
5
                                             2000 University Avenue
6                                            East Palo Alto, CA 94303-2214
                                             Telephone: 650/833-2000
7                                            650/833-2001 (Fax)

8                                            Attorneys for Nominal Defendant Finisar
                                             Corporation and the Mitchell Revocable Family
9                                            Trust

10

11          I, Christopher M. Wood, am the ECF User whose identification and password are being used

12   to file the Stipulation and [Proposed] Order Extending the Deadline for Filing a Motion for

13   Substitution Pursuant to Rule 25(a).  In compliance with General Order 45.X.B, I hereby attest that

14   Sarah A. Good and David A. Priebe have concurred in this filing.

15                                           _____
                                                   s/ Christopher M. Wood
16                                           CHRISTOPHER M. WOOD

17                              *       *       *

18                                   **O R D E R**

19          Having considered the parties' Stipulation, and good cause appearing, the Court hereby

20   GRANTS the parties' Stipulation.

21          IT IS SO ORDERED.

22   DATED:  _____          _____
                                            THE HONORABLE RONALD M. WHYTE
23                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28

685449_1

STIPULATION AND [] ORDER EXTENDING THE DEADLINE FOR FILING A MOTION
FOR SUBSTITUTION PURSUANT TO RULE 25(A) - C-06-07660-RMW                      - 3 -