ARNOLD & PORTER LLP
SARAH A. GOOD (No. 148742)
sarah.good@aporter.com
JEREMY T. KAMRAS (No. 237377)
jeremy.kamras@aporter.com
JAIME M. HULING DELAYE (No. 270784)
jaime.hulingdelaye@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

Attorneys for Defendants
DAVID BUSE, JOHN DRURY, MARK FARLEY, STEPHEN WORKMAN and JOSEPH YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FINISAR CORP. DERIVATIVE LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Master File No. C-06-07660-RMW <br><br> STIPULATION AND [] ORDER EXTENDING THE DEADLINE FOR FILING MOTIONS TO DISMISS <br><br> Dept.: Hon. Ronald M. Whyte |

WHEREAS, on January 18, 2012 the parties engaged in a nonbinding mediation before the Honorable Edward A. Infante (Ret.) (the "Mediation") and settlement discussions remain ongoing;

WHEREAS, pursuant to the Stipulation and Order Regarding Case Management Conference and Hearing Date filed on November 9, 2011 (the "November 9 Stipulation and

1  Order"), Dkt. No. 126, Plaintiffs and Defendants filed their Mediation status reports with the
2  Court on January 23, 2012 and January 25, 2012, respectively, Dkt. Nos. 131, 132;
3      WHEREAS, pursuant to the February 17, 2010 Stipulation and Order Extending the
4  Deadline for Filing Motions to Dismiss, Defendants must file motions to dismiss Plaintiffs'
5  Supplemental Second Amended Consolidated Verified Shareholder Derivative Complaint
6  ("SSAC") or other responsive pleadings by March 2, 2012;
7      WHEREAS, (1) to facilitate the ongoing settlement discussions, (2) minimize litigation
8  fees and costs, including the significant expense involved in fully briefing and arguing motions
9  to dismiss; and (3) preserve judicial resources, subject to this Court's approval, the parties agree
10 that the time for Defendants to file motions to dismiss the SSAC or other responsive pleadings
11 shall be extended until March 15, 2012; and
12     WHEREAS, Defendants have not yet reserved a date for the hearing of motions to
13 dismiss and this stipulated extension thus will not affect any scheduled Court date in this case;
14     THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, Defendants
15 and Finisar, through their respective counsel of record subject to approval of the Court as follows:
16     1.    Defendants shall file and serve their motions to dismiss the SSAC no later than
17 March 15, 2012.

                        *    *    *

19     IT IS SO STIPULATED

20 March 2, 2012                  WILSON SONSINI GOODRICH & ROSATI,
                                        Professional Corporation
21                                         JARED L. KOPEL
                                        NICOLE M. HEALY

                                        /s/ *Jared L. Kopel*
                                        JARED L. KOPEL

                                        650 Page Mill Road
                                        Palo Alto, CA 94304-1050
                                        Telephone: (650) 493-9300
                                        Facsimile (650) 565-5100

                                        Counsel for Defendant Jerry S. Rawls

| | | |
|---|---|---|
| 1 | March 2, 2012 | ROBBINS GELLER RUDMAN & DOWD LLP<br>SHAWN A. WILLIAMS<br>CHRISTOPHER M. WOOD |
| 2 | | |
| 3 | | |
| 4 | |     /s/ *Christopher M. Wood*<br>CHRISTOPHER M. WOOD |
| 5 | | |
| 6 | | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 |
| 7 | | Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534 |
| 8 | | |
| 9 | | ROBBINS GELLER RUDMAN & DOWD LLP<br>TRAVIS E. DOWNS III |
| 10 | | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 11 | | Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 |
| 12 | | SAXENA WHITE P.A.<br>MAYA SAXENA |
| 13 | | JOSEPH E. WHITE<br>2424 N. Federal Highway, Suite 257 |
| 14 | | Boca Raton, FL 33431<br>Telephone: (561) 394-3399 |
| 15 | | Facsimile: (561) 394-3382 |
| 16 | | Co-Lead Counsel for Plaintiffs |
| 17 | March 2, 2012 | DLA PIPER LLP (US)<br>DAVID PRIEBE |
| 18 | | |
| 19 | |     /s/ *David Priebe*<br>DAVID PRIEBE |
| 20 | | |
| 21 | | 2000 University Avenue<br>East Palo Alto, CA 94303-2214 |
| 22 | | Telephone: (650) 833-2000<br>Facsimile: (650) 833-2001 |
| 23 | | DLA PIPER LLP (US) |
| 24 | | SHIRLI FABBRI WEISS<br>401 B Street, Suite 1700 |
| 25 | | San Diego, California 92101-4297<br>Telephone: (619) 699-3650 |
| 26 | | Facsimile: (619) 764-6650 |
| 27 | | Counsel for Nominal Defendant Finisar Corporation |
| 28 | | |

STIP. & [] ORDER EXTENDING THE
DEADLINE FOR FILING MOTIONS TO DISMISS
MASTER FILE NO. C-06-07660-RMW

-3-

March 2, 2012

GOODWIN PROCTER LLP

_/s/ Lloyd Winawer_
LLOYD WINAWER

135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

STEPHEN D. POSS
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (517) 523-1231

Counsel for Defendants Michael C. Child, Roger C. Ferguson, Frank H. Levinson, Robert N. Stephens, and Dominique Trempont

March 2, 2012

ARNOLD & PORTER LLP
SARAH A. GOOD
JEREMY T. KAMRAS
JAIME M. HULING DELAYE

_/s/ Sarah A. Good_
SARAH A. GOOD

Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Counsel for Defendants David Buse, John Drury, Mark Farley, Stephen K. Workman and Joseph Young

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2012

_Ronald M. Whyte_
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIP. & [] ORDER EXTENDING THE DEADLINE FOR FILING MOTIONS TO DISMISS
MASTER FILE NO. C-06-07660-RMW

-4-