Lloyd Winawer (State Bar No. 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California  94025
Telephone:     650-752-3100
Facsimile:     650-853-1038

Stephen D. Poss (*Pro Hac Vice*)
*sposs@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts  02109
Telephone:     617-570-1000
Facsimile:     617-523-1231

*Attorneys for Defendants*
Michael C. Child, Roger C. Ferguson,
Frank H. Levinson, Robert N. Stephens,
and Dominique Trempont

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: FINISAR CORPORATION DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-06-07660-RMW<br><br>**STIPULATION AND []**<br>**ORDER REGARDING BRIEFING OF MOTIONS TO DISMISS**<br><br>**Courtroom:  6**<br>**Judge: Hon.  Ronald M. Whyte** |

WHEREAS, pursuant to the March 2, 2012 Stipulation and Order Extending the Deadline for Filing Motions to Dismiss, Dkt. No. 139, defendants must file motions to dismiss Plaintiffs' Supplemental Second Amended Consolidated Verified Shareholder Derivative Complaint ("SSAC") by March 15, 2012;

WHEREAS, the SSAC is 100 pages in length (311 separate paragraphs) and alleges 14 causes of action under federal and state law against numerous defendants, including Michael C. Child, Roger C. Ferguson, Frank H. Levinson, Robert N. Stephens, and Dominique Trempont (collectively, the "Outside Directors");

WHEREAS, the defendants identified below are separately represented and intend to file separate motions to dismiss;

WHEREAS, Civil L.R. 7-2(b) provides that a party's motion may not exceed 25 pages in length;

WHEREAS, based on the length of the SSAC and the number of causes of action alleged, the Outside Directors believe that justification and good cause exists for allowing the Outside Directors to file a motion to dismiss that will not exceed 28 pages in length;

WHEREAS, certain defendants have advised that their motion to dismiss will be less than the 25 pages provided under Civil L.R. 7-2(b);

WHEREAS, upon their review of the defendants' motions to dismiss, Plaintiffs may elect to file an omnibus opposition to such motions;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties identified below as follows:

1. The Outside Directors shall file and serve a motion to dismiss not to exceed 28 pages in length;

2. Plaintiffs shall have the option to file an omnibus opposition to the motions to dismiss filed by all defendants not to exceed the total length of defendants' briefing.

IT IS SO STIPULATED.

**Goodwin Procter LLP**
135 Commonwealth Drive
Menlo Park, California 94025

| | | |
|---|---|---|
| 1 | March 15, 2012 | GOODWIN PROCTER LLP |
| 2 | | |
| 3 | |       /s/ Lloyd Winawer<br>LLOYD WINAWER |
| 4 | | 135 Commonwealth Drive |
| 5 | | Menlo Park, CA 94025<br>Telephone: (650) 752-3100 |
| 6 | | Facsimile: (650) 853-1038 |
| 7 | | STEPHEN D. POSS |
| 8 | | Exchange Place<br>53 State Street |
| 9 | | Boston, MA 02109<br>Telephone: (617) 570-1000 |
| 10 | | Facsimile: (517) 523-1231 |
| 11 | | Counsel for Defendants Michael C. Child, Roger C. Ferguson, Frank H. Levinson, Robert N. Stephens, and Dominique Trempont |
| 12 | | |
| 13 | March 15, 2012 | WILSON SONSINI GOODRICH & ROSATI, Professional Corporation |
| 14 | | JARED L. KOPEL |
| 15 | | NICOLE M. HEALY |
| 16 | | |
| 17 | |       /s/ Jared L. Kopel<br>JARED L. KOPEL |
| 18 | | 650 Page Mill Road |
| 19 | | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 20 | | Facsimile (650) 565-5100 |
| 21 | | Counsel for Defendant Jerry S. Rawls |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025

2

STIPULATION & [] ORDER RE BRIEFING OF MOTIONS TO DISMISS     MASTER FILE NO. C-06-07660-RMW

| | | |
|---|---|---|
| March 15, 2012 | | ARNOLD & PORTER LLP<br>SARAH A. GOOD<br>JEREMY T. KAMRAS<br>JAIME M. HULING DELAYE |

                                                 /s/ Sarah A. Good
                                                 SARAH A. GOOD

Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Counsel for Defendants David Buse, John Drury, Mark Farley, Stephen K. Workman and Joseph Young

| | | |
|---|---|---|
| March 15, 2012 | | ROBBINS GELLER RUDMAN & DOWD LLP<br>SHAWN A. WILLIAMS<br>CHRISTOPHER M. WOOD |

                                                /s/ Christopher M. Wood
                                             CHRISTOPHER M. WOOD

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

ROBBINS GELLER RUDMAN & DOWD LLP
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Co-Lead Counsel for Plaintiffs

                          *      *      *

STIPULATION & [] ORDER RE BRIEFING OF MOTIONS TO DISMISS     MASTER FILE NO. C-06-07660-RMW

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: _____, 2012          *Ronald M. Whyte*
                                              _____
5                                             THE HONORABLE RONALD M. WHYTE
                                              UNITED STATES DISTRICT JUDGE

4

STIPULATION & [] ORDER RE BRIEFING OF MOTIONS TO DISMISS    MASTER FILE NO. C-06-07660-RMW