ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
cwood@rgrdlaw.com
     – and –
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | ) ) ) Master File No. C-06-07660-RMW |
| This Document Relates To:<br><br>     ALL ACTIONS. | ) ) STIPULATION AND [] ORDER ) EXTENDING THE DEADLINE FOR ) FILING A MOTION FOR SUBSTITUTION ) PURSUANT TO RULE 25(a) ) ) |

690161_1

1  WHEREAS, on February 17, 2012, the Court entered a second Stipulation and Order
2  Extending the Deadline for Filing a Motion for Substitution Pursuant to Rule 25(a) (the "Rule 25(a)
3  Order") (Dkt. No. 136);

4  WHEREAS, the Rule 25(a) Order extended the deadline by which a party must file a motion
5  for substitution pursuant to Rule 25(a) with respect to Jan Lipson and Larry D. Mitchell, who passed
6  away during the pendency of this litigation, until March 2, 2012;

7  WHEREAS, on March 2, 2012, the parties filed a Stipulation and [Proposed] Order
8  Extending the Deadline for Filing Motions to Dismiss, which informed the Court that the parties'
9  settlement discussions were still ongoing, and, in light of such continued discussions, requested an
10 extension of the deadline for defendants to file motions to dismiss plaintiffs' Supplemental Second
11 Amended Consolidated Verified Shareholder Derivative Complaint or other responsive pleadings
12 until March 15, 2012;

13 WHEREAS, in order to preserve the pending claims, and in light of the parties' ongoing
14 settlement discussions, the parties wish to extend the deadline by which a party must file a motion
15 for substitution pursuant to Rule 25(a), until April 20, 2012; and

16 WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial
17 efficiency and will not cause prejudice to any party;

18 THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs, the Lipson
19 2000 Revocable Trust Under Agreement Dated September 28, 2000 and the Mitchell Revocable
20 Family Trust, through their respective counsel, subject to approval of the Court as follows:

21 1.  The date within which any party must file a motion for substitution pursuant to Rule
22 25(a) is extended until April 20, 2012.

23 IT IS SO STIPULATED.

24 DATED: March 2, 2012               ROBBINS GELLER RUDMAN
25                                             & DOWD LLP
                                      SHAWN A. WILLIAMS
26                                    CHRISTOPHER M. WOOD

27
                                               s/ Christopher M. Wood
28                                    CHRISTOPHER M. WOOD

690161_1   STIPULATION AND [] ORDER EXTENDING THE DEADLINE FOR FILING A MOTION
           FOR SUBSTITUTION PURSUANT TO RULE 25(a) - C-06-07660-RMW                    - 1 -

| | |
|---|---|
| 1 | |
| 2 | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 3 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 4 | |
| 5 | ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>TRAVIS E. DOWNS III |
| 6 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 7 | Telephone:  619/231-1058<br>619/231-7423 (fax) |

1

2   Post Montgomery Center
    One Montgomery Street, Suite 1800
    San Francisco, CA  94104
3   Telephone:  415/288-4545
    415/288-4534 (fax)
4
5   ROBBINS GELLER RUDMAN
       & DOWD LLP
    TRAVIS E. DOWNS III
6   655 West Broadway, Suite 1900
    San Diego, CA  92101
7   Telephone:  619/231-1058
    619/231-7423 (fax)
8
9   SAXENA WHITE P.A.
    MAYA SAXENA
    JOSEPH E. WHITE
10  2424 N. Federal Highway, Suite 257
    Boca Raton, FL  33431
11  Telephone:  561/394-3399
    561/394-3382 (fax)
12
    Co-Lead Counsel for Plaintiffs
13
    DATED:  March 2, 2012          ARNOLD & PORTER LLP
14                                 SARAH A. GOOD
                                   JEREMY KAMRAS
15
16                                       s/ Sarah A. Good
                                         SARAH A. GOOD
17
    Three Embarcadero Center, Seventh Floor
18  San Francisco, CA  94111-4024
    Telephone:  415/471-3100
19  415/471-3400 (fax)

20  Counsel for Defendants David Buse, John Drury,
    Mark Farley, Stephen K. Workman and Joseph
21  Young

22

23

24

25

26

27

28

690161_1

STIPULATION AND [] ORDER EXTENDING THE DEADLINE FOR FILING A MOTION
FOR SUBSTITUTION PURSUANT TO RULE 25(a) - C-06-07660-RMW                                    - 2 -

| | | |
|---|---|---|
| 1 | DATED:  March 2, 2012 | DLA PIPER<br>DAVID A. PRIEBE |

                                                                 s/ David A. Priebe
                                                                DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650/833-2000
650/833-2001 (Fax)

Attorneys for Nominal Defendant Finisar Corporation and the Mitchell Revocable Family Trust

I, Christopher M. Wood, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Extending the Deadline for Filing a Motion for Substitution Pursuant to Rule 25(a).  In compliance with General Order 45.X.B, I hereby attest that Sarah A. Good and David A. Priebe have concurred in this filing.

                                                                 s/ Christopher M. Wood
                                                                 CHRISTOPHER M. WOOD

\*      \*      \*

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED: _____   _____
                                                    THE HONORABLE RONALD M. WHYTE
                                                    UNITED STATES DISTRICT JUDGE