1  JARED L. KOPEL, State Bar No. 126817
   LAW OFFICES OF JARED L. KOPEL
2  303 Almaden Blvd., Suite 500
   San Jose, CA 95110
3  Telephone: (408) 291-5043
   Facsimile:  (408) 291-3934
4  Email: jkopel@kopel-law.com

5  Attorneys for Defendant
   Jerry S. Rawls
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11 IN RE FINISAR CORP. DERIVATIVE           )  Master File No. C-06-07660-RMW
   LITIGATION                               )
12                                          )  [PROPOSED] ORDER GRANTING
                                            )  SUBSTITUTION OF COUNSEL
13                                          )  FOR DEFENDANT JERRY S.
   This Document Relates to:                )  RAWLS
14                                          )
        ALL ACTIONS.                        )
15                                          )
                                            )
16

17      Upon review of the Notice of Substitution of Counsel submitted by Jerry S. Rawls,

18 defendant in the above-referenced matter, the Court hereby ORDERS that Jared L. Kopel, of the

19 Law Offices of Jared L. Kopel, shall serve as attorney of record for Jerry S. Rawls.

20      **IT IS SO ORDERED.**

21 DATED:

22

23                                          _____
                                            Honorable Ronald M. Whyte
24                                          United States District Judge

25

26

27

28
                                                                              4826275_1.DOCX

[PROPOSED] ORDER GRANTING
SUBSTITUTION OF COUNSEL
MASTER FILE NO. C-06-07660-RMW