ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
cwood@rgrdlaw.com
     – and –
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: 561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-06-07660-RMW<br><br>STIPULATION AND [] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE SUPPLEMENTAL SECOND AMENDED COMPLAINT |

695715_1

1   WHEREAS, pursuant to the Stipulation and Order Extending the Deadline for Filing
2 Motions to Dismiss, Dkt. No. 150, defendants' motions to dismiss Plaintiffs' Supplemental Second
3 Amended Consolidated Verified Shareholder Derivative Complaint ("SSAC") were filed on March
4 15, 2012;

5   WHEREAS, defendants set a hearing date on their motions to dismiss for June 8, 2012;

6   WHEREAS, pursuant to Civil Local Rule 7-3, plaintiffs' opposition(s) to defendants'
7 motions to dismiss are currently due on March 29, 2012 and defendants' reply briefs are currently
8 due on April 5, 2012;

9   WHEREAS, based on the length of defendants' motions to dismiss and the number of
10 individual defendants at issue, plaintiffs believe that justification and good cause exists for extending
11 the briefing schedule on defendants' motions to dismiss;

12   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties identified
13 below as follows:

14   1.   Plaintiffs' opposition(s) to defendants' motions to dismiss shall be filed no later
15 than May 3, 2012.

16   2.   Defendants' reply briefs shall be filed no later than May 24, 2012.

17   IT IS SO STIPULATED.

19 DATED: March 28, 2012         ROBBINS GELLER RUDMAN
                                  & DOWD LLP
20                               SHAWN A. WILLIAMS
                                 CHRISTOPHER M. WOOD

22                                       s/ Christopher M. Wood
                                       CHRISTOPHER M. WOOD
23

24                               Post Montgomery Center
                                 One Montgomery Street, Suite 1800
25                               San Francisco, CA 94104
                                 Telephone: 415/288-4545
26                               415/288-4534 (fax)

695715_1   STIP AND [] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO
DISMISS THE SUPPLEMENTAL SECOND AMENDED COMPLAINT - C-06-07660-RMW      - 1 -

```
                              ROBBINS GELLER RUDMAN
                                & DOWD LLP
                              TRAVIS E. DOWNS III
                              655 West Broadway, Suite 1900
                              San Diego, CA  92101
                              Telephone:  619/231-1058
                              619/231-7423 (fax)

                              SAXENA WHITE P.A.
                              MAYA SAXENA
                              JOSEPH E. WHITE
                              2424 N. Federal Highway, Suite 257
                              Boca Raton, FL  33431
                              Telephone:  561/394-3399
                              561/394-3382 (fax)

                              Co-Lead Counsel for Plaintiffs
```

DATED: March 28, 2012    ARNOLD & PORTER LLP
                                                                  SARAH A. GOOD
                                                                  JEREMY KAMRAS

```
                                      s/ Sarah A. Good
                              SARAH A. GOOD

                              Three Embarcadero Center, Seventh Floor
                              San Francisco, CA  94111-4024
                              Telephone:  415/471-3100
                              415/471-3400 (fax)

                              Counsel for Defendants David Buse, John Drury,
                              Mark Farley, Stephen K. Workman and Joseph
                              Young
```

DATED: March 28, 2012    DLA PIPER
                                                                  DAVID A. PRIEBE

```
                                      s/ David A. Priebe
                              DAVID A. PRIEBE

                              2000 University Avenue
                              East Palo Alto, CA 94303-2214
                              Telephone:  650/833-2000
                              650/833-2001 (fax)

                              Counsel for Defendants David Fries, Harold
                              Hughes and Gregory Olsen
```

695715_1

STIP AND [] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO
DISMISS THE SUPPLEMENTAL SECOND AMENDED COMPLAINT - C-06-07660-RMW    - 2 -

| | | |
|---|---|---|
| 1 | DATED:  March 28, 2012 | GOODWIN PROCTER LLP |
| 2 | | LLOYD WINAWER |

s/ Lloyd Winawer<br>
LLOYD WINAWER

135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

STEPHEN D. POSS
Exchange Place
53 State Street
Boston, MA 02109
Telephone:  617/570-1000
517/523-1231 (fax)

Counsel for Defendant Jerry S. Rawls

DATED:  March 28, 2012      LAW OFFICES OF JARED L. KOPEL
JARED L. KOPEL

s/ Jared L. Kopel<br>
JARED L. KOPEL

303 Almaden Blvd., Suite 500
San Jose, CA 95110
Telephone:  408/291-5043
408/291-3934 (fax)

Counsel for Defendant Jerry S. Rawls

I, Christopher M. Wood, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motions to Dismiss the Supplemental Second Amended Complaint.  In compliance with General Order 45.X.B, I hereby attest that Sarah A. Good, David A. Priebe, Lloyd Winawer and Jared L. Kopel have concurred in this filing.

s/ Christopher M. Wood<br>
CHRISTOPHER M. WOOD

695715_1

STIP AND [] ORDER  RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO
DISMISS THE SUPPLEMENTAL SECOND AMENDED COMPLAINT  - C-06-07660-RMW   - 3 -

1  \*     \*     \*

2  **ORDER**

3

4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  Dated: _____, 2012

6  _____
   THE HONORABLE RONALD M. WHYTE
   UNITED STATES DISTRICT JUDGE

*(signed: Ronald M. Whyte)*