ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
cwood@rgrdlaw.com
   – and –
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone: 561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | ) Master File No. C-06-07660-RMW ) |
| This Document Relates To: | ) STIPULATION AND [] ORDER ) CONTINUING JUNE 8, 2012 HEARING ON ) DEFENDANTS' MOTIONS TO DISMISS ) |
| ALL ACTIONS. | ) ) |

715400_1

1  WHEREAS, pursuant to the Stipulation and Order Regarding Briefing Schedule for Defendants' Motion to Dismiss the Supplemental Second Amended Complaint (Dkt. No. 155), briefing on defendants' motions to dismiss plaintiffs' Supplemental Second Amended Consolidated Verified Shareholder Derivative Complaint was completed on May 24, 2012;

WHEREAS, a hearing on defendants' motions to dismiss is currently set for June 8, 2012;

WHEREAS, due to scheduling conflicts, counsel for plaintiffs requested and counsel for defendants agreed, subject to Court approval, to continue the hearing on defendants' motions to dismiss until June 29, 2012; and

WHEREAS, plaintiffs therefore respectfully request that the Court issue an Order, pursuant to Civil L.R. 7-7(b)(2), continuing the hearing on defendants' motions to dismiss until June 29, 2012.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties identified below, subject to Court approval, as follows:

1. The hearing on defendants' motions to dismiss is continued until June 29, 2012.

IT IS SO STIPULATED.

DATED:  June 4, 2012                         ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                             SHAWN A. WILLIAMS
                                             CHRISTOPHER M. WOOD


                                                    s/ Christopher M. Wood
                                                CHRISTOPHER M. WOOD

                                             Post Montgomery Center
                                             One Montgomery Street, Suite 1800
                                             San Francisco, CA  94104
                                             Telephone:  415/288-4545
                                             415/288-4534 (fax)

```
                              ROBBINS GELLER RUDMAN
                                & DOWD LLP
                              TRAVIS E. DOWNS III
                              655 West Broadway, Suite 1900
                              San Diego, CA  92101
                              Telephone:  619/231-1058
                              619/231-7423 (fax)

                              SAXENA WHITE P.A.
                              MAYA SAXENA
                              JOSEPH E. WHITE
                              2424 N. Federal Highway, Suite 257
                              Boca Raton, FL  33431
                              Telephone:  561/394-3399
                              561/394-3382 (fax)

                              Co-Lead Counsel for Plaintiffs
```

DATED: June 4, 2012           PILLSBURY WINTHROP SHAW
                                PITTMAN LLP
                              SARAH A. GOOD
                              ROBERT J. NOLAN


                                     s/ Sarah A. Good
                                    SARAH A. GOOD

                              50 Fremont Street
                              Post Office Box 7880
                              San Francisco, CA  94120-7880
                              Telephone: 415/983-1000
                              415/983-1200 (fax)

                              Counsel for Defendants David Buse, John Drury,
                              Mark Farley, Jan Lipson, Stephen Workman and
                              Joseph Young

DATED: June 4, 2012           DLA PIPER
                              DAVID A. PRIEBE


                                     s/ David A. Priebe
                                    DAVID A. PRIEBE

                              2000 University Avenue
                              East Palo Alto, CA 94303-2214
                              Telephone:  650/833-2000
                              650/833-2001 (fax)

                              Counsel for Defendants David Fries, Harold
                              Hughes and Gregory Olsen

| | |
|---|---|
| DATED:  June 4, 2012 | GOODWIN PROCTER LLP<br>LLOYD WINAWER<br><br>     s/ Lloyd Winawer<br>         LLOYD WINAWER<br><br>135 Commonwealth Drive<br>Menlo Park, California 94025<br>Telephone: (650) 752-3100<br>Facsimile: (650) 853-1038<br><br>STEPHEN D. POSS<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>Telephone:  617/570-1000<br>517/523-1231 (fax)<br><br>Counsel for Defendants Michael C. Child, Roger C. Ferguson, Frank H. Levinson, Robert N. Stephens and Dominique Trempont |
| DATED:  June 4, 2012 | LAW OFFICES OF JARED L. KOPEL<br>JARED L. KOPEL<br><br>     s/ Jared L. Kopel<br>         JARED L. KOPEL<br><br>303 Almaden Blvd., Suite 500<br>San Jose, CA 95110<br>Telephone:  408/291-5043<br>408/291-3934 (fax)<br><br>Counsel for Defendant Jerry S. Rawls |

I, Christopher M. Wood, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Continuing June 8, 2012 Hearing on Defendants' Motions to Dismiss.  In compliance with General Order 45.X.B, I hereby attest that Sarah A. Good, David A. Priebe, Lloyd Winawer and Jared L. Kopel have concurred in this filing.

     s/ Christopher M. Wood
         CHRISTOPHER M. WOOD

1           *     *     *
2                              **ORDER**
3
4    PURSUANT TO STIPULATION, IT IS SO ORDERED.
5
     Dated: _____Î Đ_____, 2012         _/s/ Ronald M. Whyte_____
6                                             THE HONORABLE RONALD M. WHYTE
                                              UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28