1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SARAH A. GOOD (SBN 148742)
2  sarah.good@pillsburylaw.com
   ROBERT J. NOLAN (SBN 235738)
3  robert.nolan@pillsburylaw.com
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, CA  94120-7880
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Defendants
7  DAVID BUSE, JOHN DRURY,
   MARK FARLEY, JAN LIPSON,
8  STEPHEN WORKMAN and JOSEPH YOUNG

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION
12

13  In re FINISAR CORP. DERIVATIVE    )   Master File No. C-06-07660-RMW
14  LITIGATION,                       )
                                      )
15                                    )   [] ORDER GRANTING
                                      )   SUBSTITUTION OF COUNSEL FOR
16                                    )   OFFICER DEFENDANTS DAVID
                                      )   BUSE, JOHN DRURY, MARK
17                                    )   FARLEY, JAN LIPSON, STEPHEN
                                      )   WORKMAN AND JOSEPH YOUNG
18                                    )
    This Document Relates To:,        )
19                                    )
         ALL ACTIONS,                 )
20                                    )
                                      )
21

22       Upon review of the Notice of Substitution of Counsel submitted by David Buse,

23  John Drury, Mark Farley, Jan Lipson, Stephen Workman and Joseph Young (collectively,

24  the "Officer Defendants"), defendants in the above-referenced matter, the Court hereby

25  ORDERS as follows: Sarah A. Good and Robert J. Nolan of Pillsbury Winthrop Shaw

26  Pittman LLP shall serve as attorneys of record for the Officer Defendants.  Jeremy T.

27

28

1  Kamras and Jaime M. Huling Delaye of the law firm of Arnold & Porter LLP are relieved
2  as counsel for the Officer Defendants.

    IT IS SO ORDERED.

Dated: Î Ð Ð G

*/s/ Ronald M. Whyte*

Honorable Ronald M. Whyte
Senior United States District Judge