UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATIONThis Document Relates To:ALL ACTIONS. | ))))))))) | Master File No. C-06-07660-RMWSTIPULATION AND ORDER EXTENDING THE DEADLINE FOR FILING A MOTION FOR SUBSTITUTION PURSUANT TO RULE 25(a) |

702957_1

1  WHEREAS, on March 2, 2012, the Court entered a third Stipulation and Order Extending the Deadline for Filing a Motion for Substitution Pursuant to Rule 25(a) (the "Rule 25(a) Order") (Dkt. No. 152);

WHEREAS, the Rule 25(a) Order extended the deadline by which a party must file a motion for substitution pursuant to Rule 25(a) with respect to Jan Lipson and Larry D. Mitchell, who passed away during the pendency of this litigation, until April 20, 2012;

WHEREAS, in order to preserve the pending claims, and in light of the parties' ongoing settlement discussions, the parties wish to extend the deadline by which a party must file a motion for substitution pursuant to Rule 25(a), until 30 days after entry of an order resolving the Defendants' pending re-noticed Motions to Dismiss Plaintiffs' Supplemental Second Amended Consolidated Verified Shareholder Derivative Complaint, scheduled for hearing before the Court on June 8, 2012; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency and will not cause prejudice to any party;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs, the Lipson 2000 Revocable Trust Under Agreement Dated September 28, 2000 and the Mitchell Revocable Family Trust, through their respective counsel, subject to approval of the Court as follows:

1. The date within which any party must file a motion for substitution pursuant to Rule 25(a) is extended until 30 days after entry of an order resolving the Defendants' pending re-noticed Motions to Dismiss Plaintiffs' Supplemental Second Amended Consolidated Verified Shareholder Derivative Complaint.

IT IS SO STIPULATED.

DATED: April 20, 2012               ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    SHAWN A. WILLIAMS
                                    CHRISTOPHER M. WOOD


                                         s/ Christopher M. Wood
                                    CHRISTOPHER M. WOOD

702957_1   STIPULATION AND ORDER EXTENDING THE DEADLINE FOR FILING A MOTION FOR SUBSTITUTION PURSUANT TO RULE 25(a) - C-06-07660-RMW            - 1 -

| | |
|---|---|
| 1 | |
| 2 | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 3 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 4 | |
| 5 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>TRAVIS E. DOWNS III |
| 6 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 7 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 8 | |
| 9 | SAXENA WHITE P.A.<br>MAYA SAXENA<br>JOSEPH E. WHITE |
| 10 | 2424 N. Federal Highway, Suite 257<br>Boca Raton, FL  33431 |
| 11 | Telephone:  561/394-3399<br>561/394-3382 (fax) |
| 12 | |
| 13 | Co-Lead Counsel for Plaintiffs |
| 14 | DATED:  April 20, 2012     ARNOLD & PORTER LLP<br>SARAH A. GOOD |
| 15 | JEREMY KAMRAS |
| 16 | |
| 17 |      s/ Sarah A. Good    <br>SARAH A. GOOD |
| 18 | Three Embarcadero Center, Seventh Floor |
| 19 | San Francisco, CA  94111-4024<br>Telephone:  415/471-3100 |
| 20 | 415/471-3400 (fax) |
| 21 | Counsel for Lipson 2000 Revocable Trust |

| | | |
|---|---|---|
| 1 | DATED: April 20, 2012 | DLA PIPER<br>DAVID A. PRIEBE |

                                                s/ David A. Priebe
                                              DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650/833-2000
650/833-2001 (Fax)

Attorneys for Nominal Defendant Finisar Corporation and the Mitchell Revocable Family Trust

I, Christopher M. Wood, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Extending the Deadline for Filing a Motion for Substitution Pursuant to Rule 25(a). In compliance with General Order 45.X.B, I hereby attest that Sarah A. Good and David A. Priebe have concurred in this filing.

                                                s/ Christopher M. Wood
                                              CHRISTOPHER M. WOOD

\*   \*   \*

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED: _____7/12/12_____

*[signature: Ronald M. Whyte]*

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 20, 2012.

    s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: cwood@rgrdlaw.com

702957_1