| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SHAWN A. WILLIAMS (213113)<br>CHRISTOPHER M. WOOD (254908)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>shawnw@rgrdlaw.com<br>cwood@rgrdlaw.com<br>       – and –<br>TRAVIS E. DOWNS III (148274)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>travisd@rgrdlaw.com | SAXENA WHITE P.A.<br>MAYA SAXENA<br>JOSEPH E. WHITE<br>2424 N. Federal Highway, Suite 257<br>Boca Raton, FL  33431<br>Telephone:  561/394-3399<br>561/394-3382 (fax)<br>msaxena@saxenawhite.com<br>jwhite@saxenawhite.com |

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | ) Master File No. C-06-07660-RMW<br>)<br>) STIPULATION AND [] ORDER<br>) REGARDING SUBSTITUTION OF THE<br>) MITCHELL FAMILY REVOCABLE TRUST |
| This Document Relates To:<br><br>    ALL ACTIONS. | )<br>)<br>) |

748890_1

Plaintiffs, Finisar and defendants hereby submit this Stipulation and [Proposed] Order Regarding Substitution of the Mitchell Family Revocable Trust, in order to memorialize their agreement and obtain the Court's approval of the parties' agreement as set forth herein.

WHEREAS, on May 21, 2008, plaintiffs filed the operative complaint in this matter, the Supplemental Second Amended Consolidated Verified Shareholder Derivative Complaint (the "SSAC") (Dkt. No. 63-1);

WHEREAS, the SSAC named Larry Mitchell, a former member of Finisar's Board of Directors, as a defendant;

WHEREAS, Mr. Mitchell passed away during the course of this litigation;

WHEREAS, the date for filing a motion for substitution with respect to the claims against Mr. Mitchell has not passed;

WHEREAS, plaintiffs do not believe that pursuing claims against Mr. Mitchell's estate is in the best interests of any of the parties to the action;

WHEREAS, certain defendants have contended that plaintiffs must prove that a demand on Finisar's Board of Directors at the time this litigation was commenced would have been futile in order to prevail on the claims asserted in this action;

WHEREAS, Mr. Mitchell was a member of Finisar's Board of Directors at the time this action was commenced;

WHEREAS, defendants and Finisar have agreed that they will never contend that plaintiffs' decision to forego any potential claims against Mr. Mitchell's estate is in any way relevant to a determination regarding whether a demand on Mr. Mitchell or Finisar's Board of Directors would have been futile at the time that the SSAC was filed.

THEREFORE, the parties agree, subject to this Court's approval, as follows:

1. Plaintiffs will not move to substitute any party with respect to the claims asserted in the SSAC against Mr. Mitchell;

2. None of the parties will contend that plaintiffs' decision to forego any potential claims against Mr. Mitchell's estate is in any way relevant to a determination regarding whether a

1  demand on Mr. Mitchell or Finisar's Board of Directors would have been futile at the time that the
2  SSAC was filed;
3      3.    Except as provided in the foregoing paragraph 2, nothing in this stipulation shall limit
4  or prejudice any arguments, claims or defenses of defendants that a demand on Mr. Mitchell or
5  Finisar's Board of Directors would not have been futile at the time that the SSAC was filed; and
6      4.    Nothing in this stipulation shall limit or prejudice any argument or claim that
7  plaintiffs need not prove that a demand on Finisar's Board of Directors at the time this litigation was
8  commenced would have been futile in order to prevail on the claims asserted in this action.
9      IT IS SO STIPULATED.
10 DATED:  August 13, 2012          ROBBINS GELLER RUDMAN
                                       & DOWD LLP
11                                  SHAWN A. WILLIAMS
                                    CHRISTOPHER M. WOOD

                                         s/ Christopher M. Wood
14                                      CHRISTOPHER M. WOOD

15                                  Post Montgomery Center
                                    One Montgomery Street, Suite 1800
16                                  San Francisco, CA  94104
                                    Telephone:  415/288-4545
17                                  415/288-4534 (fax)

18                                  ROBBINS GELLER RUDMAN
                                       & DOWD LLP
19                                  TRAVIS E. DOWNS III
                                    655 West Broadway, Suite 1900
20                                  San Diego, CA  92101
                                    Telephone:  619/231-1058
21                                  619/231-7423 (fax)

22                                  SAXENA WHITE P.A.
                                    MAYA SAXENA
23                                  JOSEPH E. WHITE
                                    2424 N. Federal Highway, Suite 257
24                                  Boca Raton, FL  33431
                                    Telephone:  561/394-3399
25                                  561/394-3382 (fax)

26                                  Co-Lead Counsel for Plaintiffs

27
28

748890_1   STIPULATION AND [] ORDER REGARDING SUBSTITUTION OF THE MITCHELL
           FAMILY REVOCABLE TRUST - C-06-07660-RMW                                    - 2 -

| | | |
|---|---|---|
| 1 | DATED:  August 13, 2012 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | SARAH A. GOOD |

                                                                  s/ Sarah A. Good
                                                                             SARAH A. GOOD

50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: 415/983-1000
415/983-1200 (fax)

Counsel for Defendants David Buse, John Drury, Mark Farley, Jan Lipson, Stephen Workman and Joseph Young

DATED:  August 13, 2012                      DLA PIPER LLP
                                                           DAVID A. PRIEBE

                                                                       s/ David A. Priebe
                                                                      DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone:  650/833-2000
650/833-2001 (fax)

Counsel for Defendants David Fries, Harold Hughes, Gregory Olsen and Nominal Defendant Finisar Corporation

DATED:  August 13, 2012                      GOODWIN PROCTER LLP
                                                           LLOYD WINAWER

                                                                     s/ Lloyd Winawer
                                                                    LLOYD WINAWER

135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650/752-3100
650/853-1038 (fax)

|   |   |   |
|---|---|---|
| | | STEPHEN D. POSS |
| | | Exchange Place |
| | | 53 State Street |
| | | Boston, MA 02109 |
| | | Telephone: 617/570-1000 |
| | | 517/523-1231 (fax) |
| | | |
| | | Counsel for Defendants Michael C. Child, Roger C. Ferguson, Frank H. Levinson, Robert N. Stephens and Dominique Trempont |

DATED: August 13, 2012                    LAW OFFICES OF JARED L. KOPEL
                                          JARED L. KOPEL


                                                    s/ Jared L. Kopel
                                                 JARED L. KOPEL

                                          303 Almaden Blvd., Suite 500
                                          San Jose, CA 95110
                                          Telephone: 408/291-5043
                                          408/291-3934 (fax)

                                          Counsel for Defendant Jerry S. Rawls

I, Christopher M. Wood, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Regarding Substitution of the Mitchell Family Revocable Trust. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Sarah A. Good, David A. Priebe, Lloyd Winawer and Jared L. Kopel have concurred in this filing.

                                                    s/ Christopher M. Wood
                                                 CHRISTOPHER M. WOOD

* * *

**ORDER**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

Dated: _____, 2012

*Ronald M. Whyte*
_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE