1
ROBBINS GELLER RUDMAN
  & DOWD LLP
2
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
3
Post Montgomery Center
One Montgomery Street, Suite 1800
4
San Francisco, CA  94104
Telephone:  415/288-4545
5
415/288-4534 (fax)
shawnw@rgrdlaw.com
6
cwood@rgrdlaw.com
     – and –
7
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
8
San Diego, CA  92101
Telephone:  619/231-1058
9
619/231-7423 (fax)
travisd@rgrdlaw.com
10

11

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

12
NORTHERN DISTRICT OF CALIFORNIA

13
SAN JOSE DIVISION

14

15
In re FINISAR CORP. DERIVATIVE
LITIGATION

16

17
This Document Relates To:

18
    ALL ACTIONS.

)
)
)
)
)
)
)
)
)
)
)

Master File No. C-06-07660-RMW-HRL

STIPULATION AND [] ORDER
EXTENDING DEADLINES FOR (i)
AMENDING ANSWERS TO THE
COMPLAINT; AND (ii) FILING MOTION
TO STRIKE

19

20

21

22

23

24

25

26

27

28

789618_1

1    WHEREAS, on May 21, 2008, plaintiffs filed the Supplemental Second Amended

2  Consolidated Verified Shareholder Derivative Complaint for Violation of the Federal Securities

3  Laws (the "SSAC");

4    WHEREAS, on November 2, 2012, pursuant to the parties' Joint Case Management

5  Conference Statement, defendants and Finisar Corporation ("Finisar") filed their answers to the

6  SSAC;

7    WHEREAS, pursuant to Rule 12(f)(2) of the Federal Rules of Civil Procedure, the deadline

8  for a party to file a motion to strike with respect to defendants' and Finisar's answers is November

9  26, 2012;

10    WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(1)(A), the deadline for defendants and Finisar

11  to amend their answers as a matter of course is November 26, 2012;

12    WHEREAS, plaintiffs have informed defendants that they believe that certain of the

13  affirmative defenses contained in defendants' answers should be amended or withdrawn;

14    WHEREAS, in order to facilitate continued discussions between the parties regarding

15  defendants' answers and avoid potentially unnecessary motion practice, plaintiffs and defendants

16  respectfully request the Court extend the deadline for plaintiffs to file a motion to strike pursuant to

17  Fed. R. Civ. P. 12(f)(2), and the deadline for defendants to file a motion to amend pursuant to Fed.

18  R. Civ. P. 15(a)(1)(A), until January 22, 2013.

19    NOW, THEREFORE, the parties hereby stipulate and agree, subject to this Court's approval,

20  as follows:

21    1.    The deadline for plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P.

22  12(f)(2) is extended until January 22, 2013.

23

24

25

26

27

28

STIP AND ] ORDER EXTENDING DEADLINES FOR (i) AMENDING ANSWERS TO
THE COMPLAINT; AND (ii) FILING MOTION TO STRIKE  - C-06-07660-RMW-HRL          - 1 -

1        2.      The deadline for defendants to file a motion to amend pursuant to Fed. R. Civ. P.

2  15(a)(1)(A) is extended until January 22, 2013.

3        **STIPULATED AND AGREED:**

4  DATED:  November 21, 2012          ROBBINS GELLER RUDMAN
                                             & DOWD LLP

5                                         SHAWN A. WILLIAMS
                                       CHRISTOPHER M. WOOD

6

7                                            s/ Christopher M. Wood
                                   CHRISTOPHER M. WOOD

8                                         Post Montgomery Center

9                                         One Montgomery Street, Suite 1800
                                   San Francisco, CA  94104

10                                      Telephone:  415/288-4545
                                   415/288-4534 (fax)

11                                      ROBBINS GELLER RUDMAN
                                       & DOWD LLP

12                                      TRAVIS E. DOWNS III

13                                      655 West Broadway, Suite 1900
                                   San Diego, CA  92101

14                                      Telephone:  619/231-1058
                                   619/231-7423 (fax)

15                                      SAXENA WHITE P.A.

16                                      MAYA SAXENA
                                   JOSEPH E. WHITE

17                                      2424 N. Federal Highway, Suite 257
                                   Boca Raton, FL  33431

18                                      Telephone:  561/394-3399
                                   561/394-3382 (fax)

19                                      Co-Lead Counsel for Plaintiffs

20  DATED:  November 21, 2012          PILLSBURY WINTHROP SHAW
                                         PITTMAN LLP

21                                      SARAH A. GOOD

22

23                                         s/ Sarah A. Good
                                       SARAH A. GOOD

24                                      50 Fremont Street

25                                      Post Office Box 7880
                                   San Francisco, CA  94120-7880

26                                      Telephone: 415/983-1000
                                   415/983-1200 (fax)

27

28                                      Counsel for Defendant Stephen Workman

1    DATED:  November 21, 2012                    GOODWIN PROCTER LLP
2                                                 LLOYD WINAWER

3                                                       s/ Lloyd Winawer
4                                                 LLOYD WINAWER

5                                                 135 Commonwealth Drive
                                                  Menlo Park, California 94025
6                                                 Telephone: 650/752-3100
                                                  650/853-1038 (fax)
7
                                                  STEPHEN D. POSS
8                                                 Exchange Place
                                                  53 State Street
9                                                 Boston, MA 02109
                                                  Telephone:  617/570-1000
10                                                517/523-1231 (fax)

11                                                Counsel for Defendants Michael C. Child, Roger
12                                                C. Ferguson and Frank H. Levinson

13   DATED:  November 21, 2012                    LAW OFFICES OF JARED L. KOPEL
14                                                JARED L. KOPEL

15                                                      s/ Jared L. Kopel
                                                  JARED L. KOPEL
16
                                                  303 Almaden Blvd., Suite 500
17                                                San Jose, CA 95110
                                                  Telephone:  408/291-5043
18                                                408/291-3934 (fax)

19                                                Counsel for Defendant Jerry S. Rawls

20

21

22

23

24

25

26

27

28

1    I, Christopher M. Wood, am the ECF User whose identification and password are being used

2  to file the Stipulation and [Proposed] Order Extending Deadlines for (i) Amending Answers to the

3  Complaint; and (ii) Filing Motion to Strike.  In compliance with Civil Local Rule 5-1(i)(3), I hereby

4  attest that Sarah A. Good, Lloyd Winawer and Jared L. Kopel have concurred in this filing.

5
                                                    s/ Christopher M. Wood
6                                            CHRISTOPHER M. WOOD

7

8                                    *        *        *

9                                     **O R D E R**

10    Based on the above Stipulation of the parties, by and through their counsel of record, and for

11  good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

12    1.    The deadline for plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P.

13  12(f)(2) is extended until January 22, 2013.

14    2.    The deadline for defendants to file a motion to amend pursuant to Fed. R. Civ. P.

15  15(a)(1)(A) is extended until January 22, 2013.

16    IT IS SO ORDERED.

17  DATED: _____    _____

18                                            THE HONORABLE RONALD M. WHYTE
                                            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28