1 | ROBBINS GELLER RUDMAN
      & DOWD LLP
2 | SHAWN A. WILLIAMS (213113)
    CHRISTOPHER M. WOOD (254908)
3 | Post Montgomery Center
    One Montgomery Street, Suite 1800
4 | San Francisco, CA  94104
    Telephone:  415/288-4545
5 | 415/288-4534 (fax)
    shawnw@rgrdlaw.com
6 | cwood@rgrdlaw.com
          – and –
7 | TRAVIS E. DOWNS III (148274)
    655 West Broadway, Suite 1900
8 | San Diego, CA  92101
    Telephone:  619/231-1058
9 | 619/231-7423 (fax)
    travisd@rgrdlaw.com

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | Master File No. C-06-07660-RMW-HRL |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [] ORDER FURTHER EXTENDING DEADLINES FOR (i) AMENDING ANSWERS TO THE COMPLAINT; AND (ii) FILING MOTION TO STRIKE |

806903_1

WHEREAS, on May 21, 2008, plaintiffs filed the Supplemental Second Amended Consolidated Verified Shareholder Derivative Complaint for Violation of the Federal Securities Laws (the "SSAC");

WHEREAS, on November 2, 2012, pursuant to the parties' Joint Case Management Conference Statement, defendants and Finisar Corporation ("Finisar") filed their answers to the SSAC;

WHEREAS, subsequent to filing of defendants answers, plaintiffs informed defendants that they believe that certain of the affirmative defenses contained in defendants' answers should be amended or withdrawn;

WHEREAS, on January 2, 2013, the Court entered a Stipulation and Order Extending Deadlines for (i) Amending Answers to the Complaint; and (ii) Filing Motion to Strike, which extended the deadlines for plaintiffs to file a motion a strike pursuant to Fed. R. Civ. P. 12(f)(2), and for defendants to file a motion to amend pursuant to Fed. R. Civ. P. 15(a)(1)(A), until January 22, 2013, in order to facilitate discussions between the parties regarding defendants' answers;

WHEREAS, the parties' discussions are ongoing and the parties respectfully request that the Court further extend the deadline for plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P. 12(f)(2), and the deadline for defendants to file a motion to amend pursuant to Fed. R. Civ. P. 15(a)(1)(A), until February 22, 2013, in order to facilitate continued discussions regarding defendants' answers and avoid potentially unnecessary motion practice.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to this Court's approval, as follows:

1. The deadline for plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P. 12(f)(2) is extended until February 22, 2013.

806903_1

STIP AND [] ORDER EXTEND FURTHER DEADLINES FOR (i) AMENDING ANSWERS TO THE COMPLAINT; AND (ii) FILING MOTION TO STRIKE  - C-06-07660-RMW-HRL      - 1 -

1  2. The deadline for defendants to file a motion to amend pursuant to Fed. R. Civ. P.
2  15(a)(1)(A) is extended until February 22, 2013.

3  **STIPULATED AND AGREED:**

4  DATED: January 22, 2013                ROBBINS GELLER RUDMAN
                                             & DOWD LLP
5                                         SHAWN A. WILLIAMS
                                          CHRISTOPHER M. WOOD

7                                                  s/ Christopher M. Wood
                                               CHRISTOPHER M. WOOD

                                          Post Montgomery Center
                                          One Montgomery Street, Suite 1800
                                          San Francisco, CA  94104
                                          Telephone:  415/288-4545
                                          415/288-4534 (fax)

                                          ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                          TRAVIS E. DOWNS III
                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101
                                          Telephone:  619/231-1058
                                          619/231-7423 (fax)

                                          SAXENA WHITE P.A.
                                          MAYA SAXENA
                                          JOSEPH E. WHITE
                                          2424 N. Federal Highway, Suite 257
                                          Boca Raton, FL  33431
                                          Telephone:  561/394-3399
                                          561/394-3382 (fax)

                                          Co-Lead Counsel for Plaintiffs

   DATED: January 22, 2013                PILLSBURY WINTHROP SHAW
                                             PITTMAN LLP
                                          SARAH A. GOOD

                                                   s/ Sarah A. Good
                                               SARAH A. GOOD

                                          50 Fremont Street
                                          Post Office Box 7880
                                          San Francisco, CA  94120-7880
                                          Telephone: 415/983-1000
                                          415/983-1200 (fax)

                                          Counsel for Defendant Stephen Workman

| | | |
|---|---|---|
| 1 | DATED: January 22, 2013 | GOODWIN PROCTER LLP<br>LLOYD WINAWER |

  s/ Lloyd Winawer
  LLOYD WINAWER

135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650/752-3100
650/853-1038 (fax)

STEPHEN D. POSS
Exchange Place
53 State Street
Boston, MA 02109
Telephone: 617/570-1000
517/523-1231 (fax)

Counsel for Defendants Michael C. Child, Roger C. Ferguson and Frank H. Levinson

DATED: January 22, 2013                           LAW OFFICES OF JARED L. KOPEL
                                                  JARED L. KOPEL

                                                      s/ Jared L. Kopel
                                                  JARED L. KOPEL

                                                  303 Almaden Blvd., Suite 500
                                                  San Jose, CA 95110
                                                  Telephone: 408/291-5043
                                                  408/291-3934 (fax)

                                                  Counsel for Defendant Jerry S. Rawls

806903_1   STIP AND [] ORDER EXTEND FURTHER DEADLINES FOR (i) AMENDING ANSWERS
           TO THE COMPLAINT; AND (ii) FILING MOTION TO STRIKE - C-06-07660-RMW-HRL         - 3 -

1  I, Christopher M. Wood, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Further Extending Deadlines for (i) Amending Answers to the Complaint; and (ii) Filing Motion to Strike. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Sarah A. Good, Lloyd Winawer and Jared L. Kopel have concurred in this filing.

                                                 s/ Christopher M. Wood
                                                 CHRISTOPHER M. WOOD

*   *   *

**O R D E R**

Based on the above Stipulation of the parties, by and through their counsel of record, and for good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The deadline for plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P. 12(f)(2) is extended until February 22, 2013.

2. The deadline for defendants to file a motion to amend pursuant to Fed. R. Civ. P. 15(a)(1)(A) is extended until February 22, 2013.

IT IS SO ORDERED.

DATED: _____  _____
                                                   THE HONORABLE RONALD M. WHYTE
                                                   UNITED STATES DISTRICT JUDGE

806903_1

STIP AND [] ORDER EXTEND FURTHER DEADLINES FOR (i) AMENDING ANSWERS TO THE COMPLAINT; AND (ii) FILING MOTION TO STRIKE  - C-06-07660-RMW-HRL      - 4 -