ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
cwood@rgrdlaw.com
     – and –
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | ) ) ) Master File No. C-06-07660-RMW-HRL |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) STIPULATION AND [] ORDER ) FURTHER EXTENDING DEADLINES FOR ) (I) AMENDING ANSWERS TO THE ) COMPLAINT; AND (II) FILING MOTION ) TO STRIKE ) |

814872_1

1  WHEREAS, on May 21, 2008, plaintiffs filed the Supplemental Second Amended Consolidated Verified Shareholder Derivative Complaint for Violation of the Federal Securities Laws (the "SSAC");

WHEREAS, on November 2, 2012, pursuant to the parties' Joint Case Management Conference Statement, defendants and Finisar Corporation ("Finisar") filed their answers to the SSAC;

WHEREAS, subsequent to filing of defendants' answers, plaintiffs informed defendants that they believe that certain of the affirmative defenses contained in defendants' answers should be amended or withdrawn;

WHEREAS, on January 2, 2013, the Court entered a Stipulation and Order Extending Deadlines for (i) Amending Answers to the Complaint; and (ii) Filing Motion to Strike, which extended the deadlines for plaintiffs to file a motion to strike pursuant to Rule 12(f)(2) of the Federal Rules of Civil Procedure, and for defendants to file a motion to amend pursuant to Fed. R. Civ. P. 15(a)(1)(A), until January 22, 2013, in order to facilitate discussions between the parties regarding defendants' answers;

WHEREAS, on January 29, 2013, the Court entered a Stipulation and Order Further Extending Deadlines for (i) Amending Answers to the Complaint; and (ii) Filing Motion to Strike, which extended the deadlines for plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P. 12(f)(2), and for defendants to file a motion to amend pursuant to Fed. R. Civ. P. 15(a)(1)(A), until February 22, 2013, in order to facilitate discussions between the parties regarding defendants' answers; and

WHEREAS, the parties' discussions are ongoing and the parties respectfully request that the Court further extend the deadline for plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P. 12(f)(2), and the deadline for defendants to file a motion to amend pursuant to Fed. R. Civ. P. 15(a)(1)(A), until April 8, 2013, in order to facilitate continued discussions between the parties and avoid potentially unnecessary motion practice.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to this Court's approval, as follows:

1. The deadline for plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P. 12(f)(2) is extended until April 8, 2013.

2. The deadline for defendants to file a motion to amend pursuant to Fed. R. Civ. P. 15(a)(1)(A) is extended until April 8, 2013.

**STIPULATED AND AGREED:**

DATED: February 20, 2013

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS
CHRISTOPHER M. WOOD

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: 561/394-3399
561/394-3382 (fax)

Co-Lead Counsel for Plaintiffs

814872_1

STIP AND [] ORDER FURTHER EXTENDING DEADLINES FOR (I) AMENDING ANSWERS
TO THE COMPLAINT; AND (II) FILING MOTION TO STRIKE - C-06-07660-RMW-HRL - 2 -


DATED: February 20, 2013

PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH A. GOOD

      s/ Sarah A. Good
      SARAH A. GOOD

50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: 415/983-1000
415/983-1200 (fax)

Counsel for Defendant Stephen Workman

DATED: February 20, 2013

GOODWIN PROCTER LLP
LLOYD WINAWER

      s/ Lloyd Winawer
      LLOYD WINAWER

135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650/752-3100
650/853-1038 (fax)

STEPHEN D. POSS
Exchange Place
53 State Street
Boston, MA 02109
Telephone:  617/570-1000
517/523-1231 (fax)

Counsel for Defendants Michael C. Child, Roger C. Ferguson and Frank H. Levinson

DATED: February 20, 2013

LAW OFFICES OF JARED L. KOPEL
JARED L. KOPEL

      s/ Jared L. Kopel
      JARED L. KOPEL

303 Almaden Blvd., Suite 500
San Jose, CA 95110
Telephone:  408/291-5043
408/291-3934 (fax)

Counsel for Defendant Jerry S. Rawls

814872_1

STIP AND [] ORDER FURTHER EXTENDING DEADLINES FOR (I) AMENDING ANSWERS TO THE COMPLAINT; AND (II) FILING MOTION TO STRIKE - C-06-07660-RMW-HRL        - 3 -

1    I, Christopher M. Wood, am the ECF User whose identification and password are being used
2  to file the Stipulation and [Proposed] Order Further Extending Deadlines for (i) Amending Answers
3  to the Complaint; and (ii) Filing Motion to Strike.  In compliance with Civil Local Rule 5-1(i)(3), I
4  hereby attest that Sarah A. Good, Lloyd Winawer and Jared L. Kopel have concurred in this filing.

5
                                                               s/ Christopher M. Wood
6                                                              CHRISTOPHER M. WOOD

7

8                                       *     *     *

9                                       **O R D E R**

10    Based on the above Stipulation of the parties, by and through their counsel of record, and for
11  good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

12    1.    The deadline for plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P.
13  12(f)(2) is extended until April 8, 2013.

14    2.    The deadline for defendants to file a motion to amend pursuant to Fed. R. Civ. P.
15  15(a)(1)(A) is extended until April 8, 2013.

16    IT IS SO ORDERED.
17  DATED:  _____           _____
18                                       THE HONORABLE RONALD M. WHYTE
                                         UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28