1   ROBBINS GELLER RUDMAN
    & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
   CHRISTOPHER M. WOOD (254908)
3   Post Montgomery Center
   One Montgomery Street, Suite 1800
4   San Francisco, CA  94104
   Telephone:  415/288-4545
5   415/288-4534 (fax)
   shawnw@rgrdlaw.com                          SAXENA WHITE P.A.
6   cwood@rgrdlaw.com                           MAYA SAXENA
       – and –                              JOSEPH E. WHITE
7   TRAVIS E. DOWNS III (148274)                2424 N. Federal Highway, Suite 257
   655 West Broadway, Suite 1900               Boca Raton, FL  33431
8   San Diego, CA  92101                        Telephone:  561/394-3399
   Telephone:  619/231-1058                    561/394-3382 (fax)
9   619/231-7423 (fax)                          msaxena@saxenawhite.com
   travisd@rgrdlaw.com                         jwhite@saxenawhite.com
10
   Co-Lead Counsel for Plaintiffs
11
                        UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN JOSE DIVISION
14
   In re FINISAR CORP. DERIVATIVE          )   Master File No. C-06-07660-RMW-HRL
15  LITIGATION                              )
   _____         )   STIPULATION AND [] ORDER
16                                          )   VACATING DEADLINES AND SETTING
                                 )   SCHEDULE FOR FILING OF
17  This Document Relates To:               )   PRELIMINARY APPROVAL PAPERS
                                 )
       ALL ACTIONS.                       )
18  _____         )
19
20
21
22
23
24
25
26
27
28

1     WHEREAS, as set forth in the August 24, 2012 Joint Case Management Conference

2   Statement, the parties participated in an all-day mediation on October 11, 2012;

3     WHEREAS, while no agreement was reached to resolve the action at that time, the parties'

4   settlement discussions continued in the ensuing months;

5     WHEREAS, the parties are pleased to report that they have now reached an agreement in

6   principle to resolve this action in its entirety;

7     WHEREAS, the parties respectfully request that the Court vacate all deadlines currently set

8   in this action, including the April 8, 2013 deadlines for plaintiffs to file a motion to strike pursuant to

9   Fed. R. Civ. P. 12(f)(2) and for defendants to file a motion to amend pursuant to Fed. R. Civ. P.

10  15(a)(1)(A), so that the parties can finalize a stipulation of settlement and related documents; and

11    WHEREAS, plaintiffs intend to submit a Motion for Preliminary Approval of Derivative

12  Settlement no later than April 29, 2013.

13    NOW, THEREFORE, the parties hereby stipulate and agree, subject to this Court's approval,

14  as follows:

15    1.    All deadlines currently set in this action, including the April 8, 2013 deadlines for

16  plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P. 12(f)(2) and for defendants to file a

17  motion to amend pursuant to Fed. R. Civ. P. 15(a)(1)(A), are vacated.

18    **STIPULATED AND AGREED:**

19  DATED:  April 5, 2013                      ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
20                                              SHAWN A. WILLIAMS
                                                CHRISTOPHER M. WOOD
21

22                                              _____
                                                      s/ Christopher M. Wood
23                                              CHRISTOPHER M. WOOD

24                                              Post Montgomery Center
                                                One Montgomery Street, Suite 1800
25                                              San Francisco, CA  94104
                                                Telephone:  415/288-5454
26                                              415/288-4534 (fax)

27

28

1

2     ROBBINS GELLER RUDMAN
         & DOWD LLP
3     TRAVIS E. DOWNS III
      655 West Broadway, Suite 1900
4     San Diego, CA  92101
      Telephone:  619/231-1058
5     619/231-7423 (fax)

6     SAXENA WHITE P.A.
      MAYA SAXENA
7     JOSEPH E. WHITE
      2424 N. Federal Highway, Suite 257
8     Boca Raton, FL  33431
      Telephone:  561/394-3399
9     561/394-3382 (fax)

10    Co-Lead Counsel for Plaintiffs

11    DATED:  April 5, 2013          PILLSBURY WINTHROP SHAW
                                        PITTMAN LLP
12                                   SARAH A. GOOD

13                                            s/ Sarah A. Good
                                     SARAH A. GOOD
14
                                     50 Fremont Street
15                                   Post Office Box 7880
                                     San Francisco, CA  94120-7880
16                                   Telephone: 415/983-1000
                                     415/983-1200 (fax)
17
                                     Counsel for Defendant Stephen Workman
18
      DATED:  April 5, 2013          DLA PIPER LLP
19                                   DAVID A. PRIEBE

20                                            s/ David A. Priebe
                                     DAVID A. PRIEBE
21
22                                   2000 University Avenue
                                     East Palo Alto, CA 94303-2214
23                                   Telephone: 650/833-2000
                                     650/833-2001 (fax)
24
25                                   Counsel for Nominal Defendant Finisar
                                     Corporation
26

27

28

STIPULATION AND [] ORDER VACATING DEADLINES AND SETTING SCHEDULE
FOR FILING OF PRELIMINARY APPROVAL PAPERS - C-06-07660-RMW-HRL            - 2 -

1    DATED:   April 5, 2013                    GOODWIN PROCTER LLP
2                                              LLOYD WINAWER

3                                                      s/ Lloyd Winawer
4                                              _____
                                                      LLOYD WINAWER

5                                              135 Commonwealth Drive
                                               Menlo Park, California 94025
6                                              Telephone: 650/752-3100
                                               650/853-1038 (fax)

7                                              STEPHEN D. POSS
8                                              Exchange Place
                                               53 State Street
9                                              Boston, MA 02109
                                               Telephone:  617/570-1000
10                                             517/523-1231 (fax)

11                                             Counsel for Defendants Michael C. Child, Roger
12                                             C. Ferguson and Frank H. Levinson

13   DATED:   April 5, 2013                    LAW OFFICES OF JARED L. KOPEL
                                               JARED L. KOPEL
14

15                                                      s/ Jared L. Kopel
                                               _____
                                                      JARED L. KOPEL
16
                                               303 Almaden Blvd., Suite 500
17                                             San Jose, CA 95110
                                               Telephone:  408/291-5043
18                                             408/291-3934 (fax)

19                                             Counsel for Defendant Jerry S. Rawls

20

21

22

23

24

25

26

27

28

1    I, Christopher M. Wood, am the ECF User whose identification and password are being used

2  to file the Stipulation and [Proposed] Order Vacating Deadlines and Setting Schedule for Filing of

3  Preliminary Approval Papers.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that

4  Sarah A. Good, David A. Priebe, Lloyd Winawer and Jared L. Kopel have concurred in this filing.

5
                                              s/ Christopher M. Wood
6                               _____
                                CHRISTOPHER M. WOOD
7

8                                    *       *       *

9                                 **O R D E R**

10   Based on the above Stipulation of the parties, by and through their counsel of record, and for

11  good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

12   1.     All deadlines currently set in this action, including the April 8, 2013 deadlines for

13  plaintiffs to file a motion to strike pursuant to Fed. R. Civ. P. 12(f)(2) and for defendants to file a

14  motion to amend pursuant to Fed. R. Civ. P. 15(a)(1)(A), are vacated.

15   IT IS SO ORDERED.

16  DATED: _____

17                               THE HONORABLE RONALD M. WHYTE
                                 UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

828673_1

STIPULATION AND [] ORDER VACATING DEADLINES AND SETTING SCHEDULE
FOR FILING OF PRELIMINARY APPROVAL PAPERS - C-06-07660-RMW-HRL                - 4 -