1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    CHRISTOPHER M. WOOD (254908)
3   Post Montgomery Center                    *E-FILED- 8/9/13*
    One Montgomery Street, Suite 1800
4   San Francisco, CA  94104
    Telephone: 415/288-4545
5   415/288-4534 (fax)
    shawnw@rgrdlaw.com                 SAXENA WHITE P.A.
6   cwood@rgrdlaw.com                  MAYA SAXENA
      – and –                          JOSEPH E. WHITE
7   TRAVIS E. DOWNS III (148274)       2424 N. Federal Highway, Suite 257
    655 West Broadway, Suite 1900      Boca Raton, FL  33431
8   San Diego, CA  92101               Telephone: 561/394-3399
    Telephone: 619/231-1058            561/394-3382 (fax)
9   619/231-7423 (fax)                 msaxena@saxenawhite.com
    travisd@rgrdlaw.com                jwhite@saxenawhite.com
10
    Co-Lead Counsel for Plaintiffs
11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE DIVISION
14
    In re FINISAR CORP. DERIVATIVE    )   Master File No. C-06-07660-RMW-HRL
15  LITIGATION                        )
                                      )   [PROPOSED] ORDER PRELIMINARILY
16  ─────────────────────────────     )   APPROVING DERIVATIVE SETTLEMENT
                                      )   AND PROVIDING FOR NOTICE
17  This Document Relates To:         )
                                      )
18      ALL ACTIONS.                  )
                                      )
19
20
21
22
23
24
25
26
27
28

853736_1

1    WHEREAS, Plaintiffs having moved, pursuant to Federal Rule of Civil Procedure 23.1, for

2 an order (i) preliminarily approving the proposed derivative settlement of the Federal Action (the

3 "Settlement"), in accordance with a Stipulation of Settlement, dated June 24, 2013 (the

4 "Stipulation"), which, together with the Exhibits annexed thereto, set forth the terms and conditions

5 for a proposed Settlement and dismissal of the Federal Action with prejudice, upon the terms and

6 conditions set forth therein; and (ii) approving for distribution of the Notice of Proposed Derivative

7 Settlement (the "Notice"); and

8    WHEREAS, all capitalized terms contained herein shall have the same meanings as set forth

9 in the Stipulation (in addition to those capitalized terms defined herein); and

10    WHEREAS, this Court, having considered the Stipulation and the Exhibits annexed thereto

11 and having heard the arguments of the Settling Parties at the preliminary approval hearing:

12    NOW THEREFORE, IT IS HEREBY ORDERED:

13    1.    This Court does hereby preliminarily approve, subject to further consideration at the

14 Settlement Hearing described below, the Stipulation and the Settlement set forth therein, including

15 the terms and conditions for settlement and dismissal with prejudice of the Federal Action.

16    2.    A hearing (the "Settlement Hearing") shall be held before this Court on October 18,

17 2013, at 9:00 a.m., 2112 Robert F. Peckham Federal Building and United States Courthouse, 280

18 South First Street, San Jose, California, to determine whether the Settlement of the Federal Action

19 on the terms and conditions provided for in the Stipulation is fair, reasonable and adequate to Finisar

20 Corporation ("Finisar") and its stockholders and should be approved by the Court; whether a

21 Judgment as provided in ¶1.11 of the Stipulation should be entered herein; and whether to award

22 attorneys' fees and expenses to Plaintiffs' Counsel.

23    3.    The Court approves, as to form and content, the Notice of Proposed Derivative

24 Settlement annexed as Exhibit A-1 (the "Long-Form Notice") hereto and the Short Form Notice of

25 Proposed Derivative Settlement annexed as Exhibit A-2 (the "Summary Notice"), and finds that the

26 publication of the Long-Form Notice, Summary Notice and Stipulation substantially in the manner

27 and form set forth in this Order, meets the requirements of Federal Rule of Civil Procedure 23.1 and

28

[PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND
PROVIDING FOR NOTICE - C-06-07660-RMW-HRL

- 1 -

1   due process, and is the best notice practicable under the circumstances and shall constitute due and

2   sufficient notice to all Persons entitled thereto.

3        4.      Not later than five (5) business days following entry of this Order, Finisar shall: (a)

4   cause a copy of the Summary Notice, substantially in the form annexed as Exhibit A-2 hereto, to be

5   published one time in the national edition of *Investor's Business Daily,* (b) cause a copy of the Long-

6   Form Notice, substantially in the form annexed as Exhibit A-1 hereto, and the Stipulation to be filed

7   with the U.S. Securities and Exchange Commission ("SEC") on an SEC Form 8-K or other

8   appropriate filing, and (c) publish the Stipulation and Long-Form Notice on an Internet page created

9   by Finisar that will be accessible via Finisar's website, the address of which shall be contained in the

10  Long-Form Notice and Summary Notice.

11       5.      Not later than twenty-one (21) days after Finisar has complied with ¶4, Finisar's

12  counsel shall serve on Plaintiffs' Counsel and file with the Court proof, by affidavit or declaration,

13  of such publication.

14       6.      All Finisar stockholders shall be bound by all orders, determinations and judgments

15  in the Federal Action concerning the Settlement, whether favorable or unfavorable to Finisar's

16  stockholders.

17       7.      Pending the Effective Date, all proceedings and discovery in the Federal Action shall

18  be stayed except as otherwise provided for in the Stipulation, and no party to the Federal Action or

19  any Finisar stockholders shall file or prosecute any action or proceeding in any court or tribunal

20  relating to the Settlement or asserting any of the Released Claims against the Released Persons.

21       8.      All papers in support of the Settlement and the separately negotiated attorneys' fees

22  and expenses shall be filed with the Court and served at least thirty-five (35) calendar days before

23  the Settlement Hearing and any reply briefs shall be filed with the Court at least seven (7) calendar

24  days before the Settlement Hearing.

25       9.      Any current Finisar stockholder may appear and show cause, if he, she or it has any

26  reason why the terms of the Settlement of the Federal Action should not be approved as fair,

27  reasonable and adequate, or why the District Court Approval Order and Judgment should not be

28

853736_1

[PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND
PROVIDING FOR NOTICE - C-06-07660-RMW-HRL

- 2 -

1  entered thereon, provided, however, unless otherwise ordered by the Court, no current Finisar

2  stockholder shall be heard or entitled to contest the approval of all or any of the terms and conditions

3  of the Settlement, or, if approved, the District Court Approval Order and the Judgment to be entered

4  thereon approving the same, unless that Person has, at least twenty-one (21) calendar days before the

5  Settlement Hearing, filed with the Clerk of the Court and served on the following counsel (delivered

6  by hand or sent by first class mail) appropriate proof of stock ownership, along with written

7  objections, including the basis therefore, and copies of any papers and briefs in support thereof:

8  **Counsel for Federal Plaintiffs**

9  Jeffrey D. Light
   ROBBINS GELLER RUDMAN
10     & DOWD LLP
   655 West Broadway, Suite 1900
11  San Diego, CA  92101

12  **Counsel for Nominal Party Finisar and Defendants David Fries, Harold Hughes and Gregory Olsen**

13  Shirli Fabbri Weiss
14  DLA PIPER LLP
   401 B Street, Suite 1700
15  San Diego, CA  92101

16  **Counsel for Defendants Stephen K. Workman, David Buse, John Drury, Mark Farley, Jan Lipson, Joseph Young, Fariba Danesh and Dallas W.**
17  **Meyer**

18  Sarah A. Good
   PILLSBURY WINTHROP SHAW
19     PITTMAN LLP
   Four Embarcadero Center
20  22nd Floor
   San Francisco, CA  94111

21  **Counsel for Defendant Richard Lieb**
22
   Lawrence F. Hoyle, Jr.
23  THE HOYLE LAW FIRM
   One South Broad Street, Suite 1500
24  Philadelphia, PA  19107

25  **Counsel for Defendants Michael C. Child, Roger C. Ferguson, Frank H. Levinson, Robert N. Stephens and Dominique Trempont**
26

27

28  [PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND
   PROVIDING FOR NOTICE - C-06-07660-RMW-HRL                    - 3 -

853736_1

WEST\241
508397.1

1   Lloyd Winawer
    GOODWIN PROCTER LLP
2   135 Commonwealth Drive
    Menlo Park, CA  94025
3
    **Counsel for Defendant Jerry S. Rawls**
4
    Jared L. Kopel
5   LAW OFFICES OF JARED L. KOPEL
    303 Almaden Blvd., Suite 520
6   San Jose, CA  95110

7   The written objections and copies of any papers and briefs in support thereof to be filed in Court

8   shall be delivered by hand or sent by first class mail to:

9   Clerk of the Court
    UNITED STATES DISTRICT COURT
10  NORTHERN DISTRICT OF CALIFORNIA
    2112 Robert F. Peckham Federal Building
11      and United States Courthouse
    280 South First Street
12  San Jose, CA  95113

13  Any current Finisar stockholder who does not make an objection in the manner provided herein shall

14  be deemed to have waived such objection and shall forever be foreclosed from making any objection

15  to the fairness, reasonableness or adequacy of the Settlement as incorporated in the Stipulation and

16  to the award of attorneys' fees and expenses to Plaintiffs' Counsel, unless otherwise ordered by the

17  Court, but shall otherwise be bound by the District Court Approval Order and the Judgment to be

18  entered and the releases to be given.

19          10.      Neither the Stipulation nor the Settlement, including the Exhibits attached thereto, nor

20  any act performed or document executed pursuant to or in furtherance of the Stipulation or the

21  Settlement: (a) is or may be deemed to be or may be offered, attempted to be offered or used in any

22  way as a concession, admission, or evidence of the validity of any Released Claims or any fault,

23  wrongdoing or liability of the Released Persons or Finisar; or (b) is or may be deemed to be or may

24  be used as a presumption, admission, or evidence of any liability, fault or omission of any of the

25  Released Persons or Finisar in any civil, criminal or administrative or other proceeding in any court,

26  administrative agency, tribunal or other forum.  Neither the Stipulation nor the Settlement, nor any

27  act performed or document executed pursuant to or in furtherance of the Stipulation or the

28  [PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND                    - 4 -
    PROVIDING FOR NOTICE - C-06-07660-RMW-HRL

853736.2

WEST\241
508397.1

1   Settlement, shall be admissible in any proceeding for any purpose, except to enforce the terms of the

2   Settlement, and except that the Released Persons may file or use the Stipulation, the District Court

3   Approval Order and/or the Judgment in any action that may be brought against them in order to

4   support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, full faith

5   and credit, release, standing, judgment bar or reduction or any other theory of claim preclusion or

6   issue preclusion or similar defense or counterclaim.

7        11.     any other dates set forth herein without further notice to Finisar stockholders, and

8   retains jurisdiction to consider all further applications arising out of or connected with the

9   Settlement.  The Court may approve the Settlement, with such modifications as may be agreed to by

10  the Settling Parties, if appropriate, without further notice to Finisar stockholders.

11       IT IS SO ORDERED.

12  DATED:  ___8/9/13___

13                                    THE HONORABLE RONALD M. WHYTE
                                      UNITED STATES DISTRICT JUDGE
14

15  Submitted by,

16  ROBBINS GELLER RUDMAN
       & DOWD LLP
17  SHAWN A. WILLIAMS
    CHRISTOPHER M. WOOD
18

19       ___s/ Shawn A. Williams___
20          SHAWN A. WILLIAMS

21  ROBBINS GELLER RUDMAN
       & DOWD LLP
22  TRAVIS E. DOWNS III
    655 West Broadway, Suite 1900
23  San Diego, CA  92101
    Telephone:  619/231-1058
24  619/231-7423 (fax)

25

26

27

28
    [PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND          - 5 -
    PROVIDING FOR NOTICE - C-06-07660-RMW-HRL

853736_2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)

Co-Lead Counsel for Plaintiffs

853736_1

[PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND PROVIDING FOR NOTICE - C-06-07660-RMW-HRL

- 6 -