ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
cwood@rgrdlaw.com
    – and –
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | ) ) ) Master File No. C-06-07660-RMW-HRL |
| | ) [] JUDGMENT |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) |

880689_1

Plaintiffs, having moved for final approval of the settlement set forth in the Stipulation of Settlement dated June 24, 2013, and the matter having come before the Honorable Ronald M. Whyte, United States District Judge, and the Court, on October 18, 2013, issued its Order Approving Derivative Settlement and Order of Dismissal with Prejudice, and directing the Clerk of the Court to the entry of judgment, it is

**ORDERED, ADJUDGED AND DECREED**:

1. This Judgment incorporates by reference the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated October 18, 2013; and

2. That for the reasons stated in, and pursuant to the terms set forth in, the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated October 18, 2013, Plaintiffs' Motion for Final Approval of Derivative Settlement is granted; accordingly, this case, and all related cases are closed.

Dated:  San Jose, California            BY:

October 28, 2013                        _____
                                        Clerk of the Court